AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

RYAN PETERSON

*Plaintiff(s)*

v.

LOTTERY.COM, INC. d/b//a SPORTS.COM, INC. d/b/a AUTOLOTTO, INC.

*Defendant(s)*

Civil Action No. 1:23-CV-00646 RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LOTTERY.COM, INC. d/b/a SPORTS.COM, INC. d/b/a AUTOLOTTO, INC
c/o Registered Agent Sohail Quraeshi
20808 State Hwy 71, Unit B
Spicewood, TX 78669

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eddie Hodges Jr.
Kennard Law, P.C.
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
(713) 742-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Philip J. Devlin**
*CLERK OF COURT*

Date: 06/09/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-CV-00646

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: