**FILED**
July 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Julie Golden
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**RYAN PETERSON**

**-vs-** **Case No. 1:23-CV-00646**

**LOTTERY.COM, INC. d/b//a**
**SPORTS.COM, INC. d/b/a**
**AUTOLOTTO, INC.**

**ORDER**

BE IT REMEMBERED on this the 13th day of July, 20 23 , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Eddie Hodges Jr.** ("Applicant"), counsel for **Plaintiff - Ryan Peterson** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Plaintiff - Ryan Peterson** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 13th day of July 2023.

UNITED STATES DISTRICT JUDGE