IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC., doing business as Sports.com doing business as AutoLotto, Inc., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Plaintiff Ryan Peterson filed this action on June 8, 2023. (Dkt. 1). On July 11, Plaintiff filed an acknowledgement of service, noting that counsel for Defendant had agreed to waive service of summons in this case. (Dkt. 6). Based on the deadlines in Plaintiff's notice, Defendant Lottery.com Inc.'s response is overdue. (*Id.*). However, Plaintiff's acknowledgment of waiver is insufficient to constitute an executed waiver of service. Plaintiff has not shown that it has met the requirements of waived service under Rule 4(d), including proof that Defendant was sent two copies of the complaint, the name of the court, and consequences for failure to waive. Fed. R. Civ. P. 4(e). Moreover, there is no indication from Defendant or its registered agent that the lawyer listed on the acknowledgement of service is in fact Defendant's counsel of record.

Accordingly, Plaintiff shall file an executed certificate of service or waiver of service on or before **September 14, 2023**.

**SIGNED** on August 14, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE