IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC., | § | |
| *d/b/a* SPORTS.COM, INC., | § | |
| *d/b/a* AUTOLOTTO, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Plaintiff Ryan Peterson ("Plaintiff") filed this action on June 8, 2023. (Dkt. 1). To date, Defendant Lottery.com, Inc. ("Defendant") has not appeared in this action. Plaintiff moved for entry of default against Defendant on September 8, 2023, (Dkt. 10), and the Clerk entered default as to Defendant on September 11, 2023, (Dkt. 11). Plaintiff must now move for default judgment. *See* W.D. Tex. Loc. R. CV-55 ("If a defendant is in default, the court may require the plaintiff to move for entry of a default and a default judgment. If the plaintiff fails to do so within the prescribed time, the court may dismiss the action, without prejudice, as to the defendant.").

Federal Rule of Civil Procedure 55 governs the entry of default judgment. "Default under Rule 55 is a two-step process: (1) the entry of default and (2) the subsequent entry of a default judgment." *Can Capital Asset Servicing, Inc. v. Huerta, Jr.*, No. SA-15-CV-1049-XR, 2016 WL 8223267, at *1 (W.D. Tex. Mar. 31, 2016) (citing Fed. R. Civ. P. 55). "An *entry of default* is what the clerk enters when the default is established by affidavit or otherwise. After defendant's default has been entered, plaintiff may apply for a judgment based on such default. This is a *default judgment*." *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996) (emphasis in original).

Here, Plaintiff moved for *entry* of default against Defendant on September 8, 2023. (Dkt. 10). The Clerk's Office entered default as to Defendant on September 11, 2023. (Dkt. 11). Plaintiff has yet to complete the second step in the process by moving for default judgment. Fed. R. Civ. P. 55(b).

Accordingly, **IT IS ORDERED** that Plaintiff move for default judgment against Defendant on or before January 5, 2024.

**SIGNED** on December 12, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE