United States District Court
Southern District of Texas
**ENTERED**
June 04, 2021
Nathan Ochsner, Clerk

**Exhibit 6**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ANNA SUSSMAN, Plaintiff, | § | CIVIL ACTION NO. 4:21-cv-00298 |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, Defendant. | § | |

**ORDER TO SHOW CAUSE**

Initial conference proceeded in this action on May 5, 2021. Dkt 15. Argument was heard there on the motion by Defendant University of Texas Medical Branch to dismiss the claims against it. Dkt 7.

Alfonso Kennard, Jr is counsel in this action for Plaintiff Anna Sussman. He represented to the Court that no reported Fifth Circuit precedent establishes that claims against state agencies under the Texas Commission on Human Rights Act are barred by the Eleventh Amendment in federal court. This position was also stated in Plaintiffs' response to the pending motion to dismiss by UTMB. Dkt 10 at 10–12.

Kennard was counsel of record at the Fifth Circuit in its recent decision of *Sullivan v Texas A&M University System*, 986 F3d 593 (5th Cir 2021), which was decided on February 2, 2021. Judge Vanessa Gilmore had determined that sovereign immunity barred the asserted TCHRA claim because Texas hadn't clearly consented to suit in federal court. Civil Action No 20-cv-03706, Dkt 17 at 2, citing *Pequeño v University of Texas at Brownsville*, 718 F Appx 237, 241 (5th Cir 2018); *Perez v Region 20 Education Service Center*, 307 F3d 318, 332 (5th Cir 2002). A unanimous panel of

the Fifth Circuit observed, "In the TCHRA, the State of Texas waives its immunity to suit in state courts, but it 'does not expressly waive sovereign immunity in *federal* court.'" 986 F3d at 599, quoting *Perez*, 307 F3d at 332 (emphasis in original). It thus affirmed the district court's determination that sovereign immunity barred the action. Id at 595, 599.

Kennard failed to disclose this holding in *Sullivan*. And it appears to directly contradict his representations both at hearing and in his response to the motion to dismiss.

Kennard is also counsel of record in *Martinez v Texas Health and Human Services Commission*, Civil Action No 20-cv-03706, which is also before this Court. He there filed an amended complaint bringing claims for race discrimination and retaliation under the TCHRA *after* the Fifth Circuit issued its opinion in *Sullivan*. 20-cv-03706, Dkt 14 at ¶¶ 24–26, 42–43. HHSC moved to dismiss the TCHRA claims (among others). 20-cv-03706, Dkt 17 at 8. Kennard responded by arguing that sovereign immunity doesn't bar TCHRA claims against the State of Texas or its agencies in federal court. 20-cv-03706, Dkt 18 at 6–7.

This is concerning conduct. Given the proximity of the ruling in *Sullivan* to the hearing in this action and the filing in *Martinez*, it strains credulity to believe that these are simple oversights. Indeed, in the *Martinez* action, the Office of the Attorney General of Texas specifically brought *Sullivan* to Kennard's attention by conference letter of March 2, 2021. See 20-cv-03706, Dkt 17-1 at 2. It thus appears that Kennard has made knowing misrepresentations to this Court about matters of binding Fifth Circuit precedent.

Alfonso Kennard, Jr is ORDERED to show cause by June 18, 2021 as to why sanctions are not appropriate in this situation. With that filing, he must submit a list of all cases pending at any time in 2021 in the Southern District of Texas in which he has asserted claims on behalf of his clients against a Texas governmental entity under the Texas Commission on Human Rights Act.

He is further ADMONISHED to immediately correct any misrepresentation made to any Court in the Southern District of Texas in conflict with *Sullivan v Texas A&M University System*,

986 F3d 593 (5th Cir 2021). He must file with this Court an enumeration of every such filing he has made in that regard by June 25, 2021.

SO ORDERED.

Signed on June 4, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANNA SUSSMAN, Plaintiff, | § | CIVIL ACTION NO. 4:21-cv-00298 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, Defendant. | § | |

**MINUTE ENTRY AND ORDER**

Minutes for SHOW CAUSE HEARING. Counsel for Plaintiff Anna Sussman appeared in person. Counsel for Defendant University of Texas Medical Branch didn't appear and subsequently advised that she is in the midst of an ongoing trial in the Eastern District of Texas.

Counsel Alfonso Kennard apologized as to any misunderstanding regarding the matter at hand, which apology the Court accepted. It was determined that no further sanction was necessary at present. Kennard was admonished to advise this and all federal courts of all relevant, binding precedent in briefing and argument on issues under consideration. Kennard assured that he would do so.

SO ORDERED.

Signed on June 30, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge