7/3/2019 3:44:00 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 34889938
By: QUINTANILLA, OZUQUI M
Filed: 7/3/2019 3:44:00 PM

**Exhibit 9**

NO. 2019-10630

P-2

| | | |
|---|---|---|
| THE DOCUMENT GROUP, INC. D/B/A ENCASE LEGAL<br>*Plaintiff,* | § | IN THE DISTRICT COURT OF SANCX |
| v. | § | HARRIS COUNTY, TEXAS |
| KENNARD LAW P.C. D/B/A KENNARD RICHARD, PC<br>*Defendant.* | § | 190th JUDICIAL DISTRICT |

Unofficial Copy Office of Marilyn Burgess District Clerk

**ORDER FINDING ~~KENNARD LAW P.C. D/B/A KENNARD RICHARD, PC IN CONTEMPT AND~~ IMPOSING SANCTIONS**

After considering Plaintiff The Document Group, Inc. d/b/a Encase Legal's ("**TDG**") Motion for Contempt and Motion for Sanctions, the response, the arguments of counsel, and hearing the evidence presented at the show cause hearing, the Court **GRANTS** TDG's Motion.

The Court finds that Defendant Kennard Law P.C. d/b/a Kennard Richard, PC ("**Kennard**") failed to comply with this Court's Order Granting Motion to Compel Discovery entered on July 17, 2019 (the "**Order**") without justification or excuse.

Further, the Court finds that Kennard has engaged in obstructing the discovery process. Due to this obstruction, TDG has incurred reasonable and necessary attorneys' fees in the amount of $4,121.50.

It is hereby **ORDERED** that Kennard is ~~in contempt of court~~ sanction under TRCP 215.2 for its failure to produce responsive documents to TDG.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

It is further **ORDERED** that Kennard and Alfonso Kennard Jr. shall each pay a monetary sanction of $75.00 per day to TDG for each day between July 1, 2019 and the date that Kennard complies with the Order.

It is further **ORDERED** that Kennard shall pay $4,121.50 to TDG for its reasonable and necessary attorneys' fees. These fees were directly incurred by TDG because of Kennard's obstructionist behavior.

It is further **ORDERED** that Kennard shall pay a monetary sanction of $8,243.00 to TDG for abusing the discovery process. This sanction is two (2) times the legal fees incurred by TDG due to Kennard's obstructionist discovery tactics. The award has direct relation to Kennard's obstructionist behavior, and is reasonably calculated to promote Kennard's full compliance with the Texas Rules of Civil Procedure and this Court's orders going forward.

It is further **ORDERED** that Kennard shall comply fully with the Order within fourteen (14) days of this order being entered.

It is further **ORDERED** that Kennard shall pay TDG all sums awarded by this order within thirty (30) days of this order being entered.

Finally, it is further **ORDERED** that if Kennard fails to comply with this, or any other, order issued by this Court between now and trial without justification or excuse, the Court will issue death penalty sanctions and strike all of Kennard's filing in this case.

Signed on Sept 9, 2019.

PRESIDING JUDGE

Unofficial Copy Office of Marilyn Burgess District Clerk