**Exhibit 10**

2945

P7

492L/1402

Cause No.: 2019-11524

**WRIT OF EXECUTION**

LESLIE TAYLOR (plaintiff/ counter-defendant)

TR# 74140442

VS.

AL DAVISON, AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185, DEA ALBERTSON, COREY JASPER, BARBARA VAUGHNS AND DIANN SCURLARK (defendant/ counter-plaintiff)

5215 Feagan St. Unit C
Houston, TX 77007

RECEIVED 7/17/23
ENTERED KS

2023 JUL -9 PM 3:39

EXE 4/19/23 #1056357 $150.00

**THE STATE OF TEXAS**

**To any Sheriff or any Constable within the State of Texas, GREETING:**

**WHEREAS**, at the JULY-DECEMBER, 2019 Term of the Honorable 61ST District Court of Harris County, Texas on the 18TH day of JULY, 2019 in Cause No. 2019-11524; **AL DAVISON, AMERICAN POSTAL WORKERS UNION, AFL-CIO, LOCAL 185, DEA ALBERTSON, COREY JASPER, BARBARA VAUGHNS AND DIANN SCURLARK** recovered a judgment against **LESLIE TAYLOR AND PLAINTIFF'S ATTORNEY ALFONSO KENNARD, JR.** for the sum of $39,350 in attorney's fees against Plaintiff and Plaintiff's attorney Alfonso Kennard, Jr.; $40,000 in sanctions against Plaintiff and Plaintiff's attorney Alfonso Kennard, Jr.; $40,000 in conditional appellate fees in the event of an appeal by Taylor to an intermediate appellate court if Defendants are successful; $8,000 in conditional appellate fees if Taylor files a petition for review in the Texas Supreme Court if Defendants are successful; $25,000 in conditional appellate fees if the Texas Supreme Court requests full briefing and Defendants are successful; plus all cost of said suit (as itemized in the attached cost statement, excluding cost due to the County); which said judgment debtor ought now to pay.

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED**, that of the Chattels, Personal Property or Real Estate, subject to execution by law of the said **LESLIE TAYLOR AND PLAINTIFF'S ATTORNEY ALFONSO KENNARD, JR.,** you make, or cause to be made, the sum or sums, with interests as shown above, together with your legal fees and commission for collecting the same. REMIT from recovery, first: all Court Costs, due the county, to the District Clerk of Harris County, Texas, retaining for yourself costs of sale; then remit balance of recovery in said judgment to proper parties for the amounts shown herein; all in accordance with the statutes of the State of Texas.

HEREIN FAIL NOT, to make due execution and return of this Writ, within **90** days from this date.

GIVEN under my hand and seal of office, at Houston, this 12TH day of APRIL, 2023.

Issued at the request of:
JAY DUSHKIN
THE DUSHKIN LAW FIRM
4615 SOUTHWEST FREEWAY SUITE 600
HOUSTON TX 77027

MARILYN BURGESS, District Clerk
HARRIS COUNTY, T E X A S

DISTRICT COURT OF HARRIS COUNTY, TEXAS

By ______________________, Deputy
LE ROY SIMMONS

FILED
Marilyn Burgess
District Clerk
JUL 17 2023
Time: 8:00 am
Harris County, Texas
By R TICKLE
Mail Processing Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

Unofficial Copy Office of Marilyn Burgess District Clerk

# Constable's Writ of Execution Return

## Nulla Bona

Date: 7/11/2023

Harris County Constable 1, Record Number: 2985

Cause Number: 2019-11524

*Court: 61st Judicial District Court, HARRIS County*

*LESLIE TAYLOR (COUNTER-DEFENDANT),*

*VS*

*AL DAVISON, AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185, DEA ALBERTSON, COREY JASPER, BARBARA VAUGHNS, AND DIANN SCURLARK (COUNTER-PLAINTIFF)*

**Received this Writ on 6/9/2023 at 3:39:00 PM and executed on 7/11/2023 by having made demand of the defendant(s) at 5215 FEAGAN ST UNIT C HOUSTON, TX 77007 in HARRIS County, no payment coming forthwith and not having found any non-exempt property belonging to the defendant(s) in this county, returning to court Nulla Bona.**

***Additional Information***

**06/21/2023 - AT 1:19 PM PERSONAL DEMAND ATTEMPTED ON THE DEFENDANT AT 5215 FEAGAN ST. UNIT # C HOUSTON, TEXAS. DEPUTY MADE CONTACT AND SPOKE WITH A MR. ALFONSO KENNARD, JR. AND PERSONAL DEMAND MADE ON THE DEFENDANT AT THIS LOCATION. THE DEFENDANT STATED HE WAS NOT AWARE OF OF ANY JUDGEMENT AND WOULD LIKE TO TALK WITH HIS ATTORNEY "TRAVIS VARGO" ABOUT THIS JUDGEMENT CASE. DEFENDANT STATED THAT HE HAS NO MONEY TO PAY THIS JUDGEMENT AND WILL WAIT FOR HIS LEGAL COUNSEL TO GIVE HIM LEGAL ADVISED. DEPUTY LEFT A DOOR HANGER INFORMATION CARD WITH THE DEFENDANT. PER THE DEFENDANT, HE WILL GET BACK WITH DEPUTY. DEPUTY UNABLE TO GO INSIDE THE RESIDENT AND SEE ANY NON-EXEMPT PROPERTY AT THIS TIME. PER HCAD, THE PROPERTY COMES BACK TO ALFONSO KENNARD.**
**AT 1:40 PM DEPUTY CALLED THE PLAINTIFF AND SPOKE WITH STAFF. SHE WAS GIVEN THE FINDING AND STATUS OF WRIT. PER OFFICE STAFF, SHE WILL FORWARD THE INFORMATION TO THE ATTORNEY.**
**AT 3:06 PM DEPUTY RECEIVED A CALL FROM THE PLAINTIFF (THE ATTORNEY). HE WAS GIVEN THE FINDINGS AND STATUS OF WRIT. PER THE ATTORNEY, PLEASE PLACE THE WRIT ON "HOLD" FOR NOW. PER PLAINTIFF, HE WILL EMAIL DEPUTY WITH FURTHER INFORMATION ABOUT THIS JUDGEMENT CASE. HE WILL TRY TO REACH OUT TO THE DEFENDANT ATTORNEY TRAVIS VARGO.**
**07/11/2023 - AT 12:15 PM DEPUTY NEVER RECEIVED AN EMAIL FROM THE PLAINTIFF OFFICE. WRIT EXPIRED AND RETURNED BACK TO COURT NULLA BONA**

Constable Fee $150.00

Fee Paid ☑

**Alan Rosen, Constable**
Harris County Precinct 1
1302 Preston
Houston, Texas 77002

by: [signature] #1C12
J. Mendoza, Deputy Unit # 1C12

Unofficial Copy Office of Marilyn Burgess District Clerk

MARILYN BURGESS
DISTRICT CLERK

STATEMENT OF ACCRUED COSTS/FEES

THIS IS NOT A BILL
TAYLOR, LESLIE vs DAVIDSON, AL

Mary Ann Starks, Attorney

5001 Woodway Drive #904

Houston, TX 77056

Cause#: 7 - 201911524

Court: 061

Judgment Date: 7/18/2019

Issued at the Request of: Mary Ann Starks, Attorney

Unofficial Copy Office of Marilyn Burgess District Clerk

| DATE | RCT/INV | ASSESED TO/COLLECTED FROM | TYPE | ITEM DESCRIPTION | FEES/COSTS | PAID |
|---|---|---|---|---|---|---|
| 3/29/2023 | 959129 | LAW OFFICES OF JAY H. DUSHKIN | ASMT | EXECUTION | $8.00 | $8.00 |
| 3/29/2023 | 959129 | LAW OFFICES OF JAY H. DUSHKIN | ASMT | POSTAGE 01 TO 05 PAGES | $0.63 | $0.63 |
| 7/14/2022 | 23094 | DAVIDSON, ALFRED | ASMT | ABSTRACT | $16.00 | $16.00 |
| 7/14/2022 | 23094 | DAVIDSON, ALFRED | ASMT | POSTAGE 01 TO 05 PAGES | $0.58 | $0.58 |
| 4/7/2020 | 21510 | STARKS, MARY ANN | ASMT | TRANSCRIPT | $61.00 | $61.00 |
| 11/11/2019 | 20840 | KENNARD, ALFONSO JR. | ASMT | TRANSCRIPT | $242.00 | $242.00 |
| 7/15/2019 | 849226 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 7/15/2019 | 849280 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 7/15/2019 | 849321 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 7/15/2019 | 849885 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/20/2019 | 810132 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/20/2019 | 810395 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/17/2019 | 834273 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/13/2019 | 809205 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/12/2019 | 806967 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/11/2019 | 821145 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/11/2019 | 821150 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/10/2019 | 831878 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 6/7/2019 | 792304 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/6/2019 | 815270 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/3/2019 | 775759 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/2/2019 | 784808 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/2/2019 | 784814 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/2/2019 | 784923 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/2/2019 | 784937 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/2/2019 | 784940 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/1/2019 | 785428 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 5/1/2019 | 785437 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 3/28/2019 | 769452 | Mary Ann Starks, Attorney | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 2/19/2019 | 764549 | Kennard Law P.C. | ASMT | CERTIFIED MAIL SERVICE FEE | $450.00 | $450.00 |
| 2/19/2019 | 764549 | Kennard Law P.C. | ASMT | CITATION WITH 1 COPY | $48.00 | $48.00 |
| 2/19/2019 | 764549 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 2/19/2019 | 764549 | Kennard Law P.C. | ASMT | SERVICE COPIES | $1.50 | $1.50 |
| | | Kennard Law P.C. | ASMT | SERVICE BY MAIL (DCO) | $90.00 | $90.00 |

Unofficial Copy Office of Marilyn Burgess District Clerk

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/19/2019 | 764549 | Kennard Law P.C. | ASMT | JURY FEE (51.604 Gov. Code) | $30.00 | $30.00 |
| 2/19/2019 | 764549 | Kennard Law P.C. | ASMT | JURY FEE (Rule 216 (2) T.R.C.) | $10.00 | $10.00 |
| 2/19/2019 | 764549 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 2/19/2019 | 764741 | Kennard Law P.C. | ASMT | LAW LIBRARY | $15.00 | $15.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | STENO FEE | $15.00 | $15.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | DISPUTE RESOLUTION FEE | $10.00 | $10.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | APPELLANT JUDICIAL FUND | $5.00 | $5.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | FILING NEW CASE | $50.00 | $50.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 | $10.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | DIGITAL REC PRESERVATION FEE | $10.00 | $10.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - STATE | $30.00 | $30.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | ELECTRONIC FILING FEE - DCO | $2.00 | $2.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 | $5.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | SECURITY SERVICE FEE | $5.00 | $5.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | DIST CLK RECORDS MGMT / PRES FEE | $5.00 | $5.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | RECORD PRESERVATION FEE | $5.00 | $5.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | JUDICIAL FILING FEE - CIVIL | $50.00 | $50.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 | $10.00 |
| 2/15/2019 | 738594 | Kennard Law P.C. | ASMT | SUPPORT OF JUDICIARY FEE | $42.00 | $42.00 |
| 2/15/2019 | 738594 | | | | | |

Unofficial Copy Office of Marilyn Burgess District Clerk

TOTAL ALL FEES: $1,276.71 $1,276.7

BALANCE DUE ALL FEES: $0.00

| Summary | Costs | Paid | Due |
|---|---|---|---|
| DAVIDSON, ALFRED | $16.58 | $16.58 | $0.00 |
| Kennard Law P.C. | $914.50 | $914.50 | $0.00 |
| KENNARD, ALFONSO JR. | $242.00 | $242.00 | $0.00 |
| LAW OFFICES OF JAY H. DUSHKIN | $8.63 | $8.63 | $0.00 |
| Mary Ann Starks, Attorney | $34.00 | $34.00 | $0.00 |
| STARKS, MARY ANN | $61.00 | $61.00 | $0.00 |
| Statement Totals: | $1,276.71 | $1,276.71 | $0.00 |

AD LITEM FEE:

MARILYN BURGESS Prepared by: SOPHIA NEWTON

Sophia Newton

PAYABLE TO:

Defendant's Recoverable Costs: $175.00 as per Judgment;

DEPUTY:

MONEY DUE to MARILYN BURGESS DISTRICT CLERK $0.00

(832) - 927-5740

4/3/2023

Unofficial Copy Office of Marilyn Burgess District Clerk

THE DUSHKIN LAW FIRM

4615 Southwest Freeway, Suite 600 | Houston, Texas 77027
www.jaydushkin.com

Phone 713.961.3600 E-mail: jay@jaydushkin.com Fax 713.626.0182

Unofficial Copy Office of Marilyn Burgess District Clerk

May 1, 2023

Constable Alan Rosen
Attn: Civil and Writs Division
Harris County Constable Precinct 1
1302 Preston, 3rd Floor
Houston TX 7700

Re: Cause No. 2019-11524; *Leslie Taylor vs. Al Davison, American Postal Workers Union, ALF-CIO, Local 185, Dea Albertson, Corey Jasper, Barbara Vaughns and Diann Scurlark;* In the 61st Judicial District Court, Harris County, Texas.

Dear Constable Rosen:

Enclosed please find a Writ of Execution upon **Alfonso Kennard, Jr.** with regard to the above-referenced cause of action. The last known address of the Defendant is:

**Alfonso Kennard, Jr.**
5215 Feagan St., Unit C
Houston, TX 77007-7280
or wherever else in Texas he may be found.

Please execute the Writ of Execution as usual. Enclosed is our check in the amount of $150.00 for service. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Jay H. Dushkin

JHD: gg
Enclosures

7/12/2019 5:05 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 35101089
By: Quandella Andrews
Filed: 7/12/2019 5:05 PM

**NO. 2019-11524**

Pgs-1

SANCX
ATFEX

| | | |
|---|---|---|
| LESLIE TAYLOR | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| AL DAVISON, AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185, DEA ALBERTSON, COREY JASPER, BARBARA VAUGHNS AND DIANN SCURLARK, | §<br>§<br>§<br>§<br>§<br>§ | 61st JUDICIAL DISTRICT |

**Order Granting Attorney's Fees, Court Costs and Sanctions**

On this day, having considered Defendants Al Davison, American Postal Workers Union, AFL-CIO, Local 185, Dea Albertson, Corey Jasper, Barbara Vaughns and Diann Scurlark's Motion for Attorney's Fees, Court Costs and Sanctions Under the Texas Citizen's Participation Act in the above-referenced matter, the Court is of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED that Defendants' Motion is GRANTED and that Defendants are awarded:

1. $39,350 in attorney's fees against Plaintiff and Plaintiff's attorney Alfonso Kennard, Jr.;

2. $175.60 in costs;

3. $40,000 in sanctions against Plaintiff and Plaintiff's attorney Alfonso Kennard, Jr.;

4. $40,000 in conditional appellate fees in the event of an appeal by Taylor to an intermediate appellate court if Defendants are successful;

5. $8,000 in conditional appellate fees if Taylor files a petition for review in the Texas Supreme Court if Defendants are successful;

6. $25,000 in conditional appellate fees if the Texas Supreme Court requests full briefing and Defendants are successful.

Signed on this the ___ day of July, 2019.

Signed:
7/18/2019

Frederick Phillips

Judge Presiding

Unofficial Copy Office of Marilyn Burgess District Clerk