ENTERED 04-04-22

APR '22 PM1:08 CONSTABLE TED HEAP

**Exhibit 11**

**CAUSE NUMBER 17-CCV-059600**

**EXECUTION**

[redacted]**AMAR TEXAS LIMITED PARTNERSHIP VS KENNARD LAW PC**

**THE STATE OF TEXAS**

APR 04 2022

EXE-150 #109570

**To any Sheriff or any Constable Within The State of Texas - Greeting:**

**WHEREAS Lamar Texas Limited Partnership on the 14th day of December, 2021, in the Honorable County Court at Law 2 of Fort Bend County, Texas, in Cause No. 17-CCV-059600, Lamar Texas Limited Partnership, Plaintiff, vs. Kennard Law PC, Defendant, recovered a judgment against Kennard Law P.C. for the sum of $33,867.50 pre-judgment interest on $33,867.50 at a rate on 18% per annum From August 12, 2016 until the date this judgment is signed; and post-judgment interest on $33,867.50 at a rate of 18% per annum from the date this judgment is signed until paid, and all costs of suit.**

**THEREFORE, you are commanded that out of the property of the said Kennard Law P.C., subject to execution by law, you cause to be made the sum of $33,867.50 pre-judgment interest on $33,867.50 at a rate on 18% per annum From August 12, 2016 until the date this judgment is signed; and post-judgment interest on $33,867.50 at a rate of 18% per annum from the date this judgment is signed until paid, together with the sum of $290.00 cost of suit, and also the cost of executing this writ and you will forthwith execute this writ according to law and mandates thereof. Amount of credits: NONE.**

**HEREIN FAIL NOT and have you the said monies, together with this writ before the said Court at the Courthouse thereof in Richmond, Texas, showing how you have executed the same within 90 days from date hereof.**

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Richmond, Texas, this the 4th day of March, 2022.**

LAURA RICHARD, COUNTY CLERK
COUNTY COURT, FORT BEND COUNTY, TEXAS
PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE
MAILING ADDRESS: 301 JACKSON, SUITE 101
RICHMOND, TX 77469-3108

County Court At Law, Fort Bend County, Texas

By: Danni Lopez

**Danni Lopez, Deputy**

The Rules of Civil Procedure do not require an execution to show upon its face the number of previous executions which have been issued on a judgment. This form can, therefore, be used for the original execution or an alias execution.

CONSTABLE FEE NOT COLLECTED
BY COUNTY CLERK

# BILL OF COSTS

CAUSE NUMBER 17-CCV-059600

COUNTY COURT AT LAW 2

LAMAR TEXAS LIMITED PARTNERSHIP VS KENNARD LAW PC

| | |
|---|---|
| County Clerk | $40.00 |
| Abstract of Judgment | $0.00 |
| Issuance(s) | $20.00 |
| Jury Fee | $0.00 |
| Law Library | $35.00 |
| Constable #1 | $0.00 |
| Constable #2 | $0.00 |
| Constable #3 | $0.00 |
| Constable #4 | $0.00 |
| Service by Certified Mail | $0.00 |
| Appellant Fee | $5.00 |
| ADR Fee | $15.00 |
| Court Reporter | $15.00 |
| RMP Fund | $5.00 |
| Court Security | $5.00 |
| Judicial Fund | $40.00 |
| Support of the Judiciary Fund | $42.00 |
| BCLSFI | $10.00 |
| Court Record Preservation | $10.00 |
| State Electronic Filing Fee | $30.00 |
| Electronic Filing Transaction Fee | $18.00 |
| Judicial and Court Personnel Training | $0.00 |
| TOTAL | $290.00 |

A TRUE AND CORRECT BILL OF COSTS IN ABOVE CAUSE AS SHOWN BY THE FEE ACCOUNT LEDGERS, TO WHICH I HEREBY CERTIFY THIS THE 4th day of March, 2022.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS

BY: Danni Lopez
Danni Lopez, DEPUTY

Attorney Name: Sean S V Homrig
Attorney Phone Number: 512-266-8830

ORIGINAL

RETURN OF SERVICE

Cause Number: 17-CCV-059600 Lamar Texas Limited Partnership vs Kennard Law PC

In Fort Bend County Court at Law 2

CAME TO HAND on the _______ day of ___________________________, _____________, at ______ o'clock ____M

and EXECUTED at ______________________________________________________________________________

in ____________________________________County, Texas at ______ o'clock _____M on the ________ day of

_________________________________, __________, by delivering to the within named _______________________

________________________________________ in person, a true copy of this Writ and by levying upon and seizing the

following described property as property of the defendant, and situated in _______________________County, Texas.

NOT EXECUTED: the diligence used to execute being _______________________________________________;

For the following reason ____________________________________________________, the defendant may be found

_______________________________________________________________________________________________.

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.

___________________________________, Constable

________________________________ County, Texas

By _____________________________________, Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT:**

In accordance with Rule 107, the officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury.

My name is _______________________________________, my date of birth is _________________________
(First, Middle, Last)

and my address is ____________________________________________________________________________
(Street, City, Zip and Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in ________________________________ County, State of ______________________________,

On the _________ day of _________________________________________, ________________.

_____________________________________________
Declarant/Authorized Process Server

_____________________________________________
ID# and Expiration of Certification

# Constable's Writ of Execution Return

## Nulla Bona

Date: 6/15/2022 Harris County Constable 5, Record Number: 2872

Cause Number: 17CCV059600 *Court: County Civil Court At Law No. 2, Fort Bend County*

*Lamar Texas Limited Partnership,*

*VS*

*, Kennard Law PC*

**Received this Writ on 4/4/2022 at 1:08:00 PM and executed on 6/13/2022 by having made demand of the defendant(s) at [redacted]on, Texas 77057 in Harris County, no payment coming forthwith and not having [redacted]property belonging to the defendant(s) in this county, returning to court Nulla Bona.**

***Additional Information***

**Demand for payment of judgment was made on 04/06/2022 by U.S. Mail to the address of the defendant. On 04/08/2022, I went to the location listed for the defendant on the writ, spoke with the defendant, and made demand. He stated that he could not pay, had no assets to sell, and stated he would call the plaintiff's attorney. I left him with a demand letter and a copy of the writ. I have not been directed by the Plaintiff to any non-exempt assets in Harris County to satisfy the judgment. On 04/12/2022, I emailed the Plaintiff's attorney an update on this case. This writ expired on 06/02/2022, so I am returning it to court, nulla bona.**

Constable Fee $150.00

Fee Paid ☑

**Ted Heap, Constable**

Harris County Precinct 5

17423 Katy Freeway

Houston, Texas 77094

by: [signature]

J. Chacon, Deputy (832)927-6735

FILED

2022 JUN 22 PM 4:36

COUNTY CLERK FORT BEND COUNTY TEXAS