# Exhibit 12

## Shimek v. Tex. Comptroller of Pub. Accounts

Court of Appeals of Texas, Third District, Austin

October 30, 2019, Decided

NO. 03-19-00363-CV

**Reporter**
2019 Tex. App. LEXIS 9623 *; 2019 WL 5609695

Michele Shimek, Appellant v. Texas Comptroller of Public Accounts, Appellee

**Subsequent History:** Later proceeding at Kennard v. Tex. Comptroller of Pub. Accounts, 2019 Tex. App. LEXIS 10000, 2019 WL 6109238 (Tex. App. Austin, Nov. 15, 2019)

Later proceeding at Shimek v. Tex. Comptroller of Pub. Accounts, 2019 Tex. App. LEXIS 10615, 2019 WL 6703950 (Tex. App. Austin, Dec. 4, 2019)

Appeal dismissed by Shimek v. Tex. Comptroller of Pub. Accounts, 2020 Tex. App. LEXIS 2569 (Tex. App. Austin, Mar. 27, 2020)

Later proceeding at Shimek v. Tex. Comptroller of Pub. Accounts, 2020 Tex. App. LEXIS 9495 (Tex. App. Austin, Dec. 2, 2020)

**Prior History:** [*1] FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY. NO. D-1-GN-15-001681. THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING.

**Counsel:** For Appellee: Ms. Natalee B. Marion, Office of the Attorney General, General Litigation Division, Austin, TX.

For Appellant: Mr. Daniel Salas Jr., Kennard Hernandez P.C., San Antonio, TX.

For Appellant: Mr. Alfonso Kennard Jr., Kennard Hernandez P.C., San Antonio, TX.

**Judges:** Before Chief Justice Rose, Justices Triana and Smith.

## Opinion

**ORDER**

**PER CURIAM**

Appellant's brief on appeal was originally due on July 26, 2019. On counsel's motion, the time for filing was extended to August 22, 2019. In the motion for extension of time, which was filed by appellant's counsel, Alfonso Kennard, Jr. and Daniel J. Salas, counsel represented to the Court that appellant's "new counsel," Logan Howard, was involved with several other unrelated litigation matters and caring for a parent in the intensive-care unit, and that these matters would prevent him from timely filing the brief. Kennard and Salas represented that they were filing the motion for extension of time at Howard's request. Kennard and Salas did not file a motion to withdraw as appellant's counsel, nor did they file a motion to withdraw and substitute [*2] Howard as appellant's counsel. *See* Tex. R. App. P. 6.5.

On August 20, 2019, Howard filed a motion to withdraw as appellant's counsel. In his motion, Howard indicated that appellant's current counsel, Kennard and Salas, had not made any attempts to communicate with him about the representation of appellant in this matter, nor had he requested that they file a motion for extension of time on his behalf as they asserted in that motion. Howard stated he was not made aware of his supposed representation of appellant until August 19, 2019. Howard indicated that he had conferred with appellant and she did not object to his withdrawal. In addition, in the certificate of conference, he noted that he had also conferred with Kennard and

with appellee's counsel, and they did not oppose the motion. The Court granted Howard's motion to withdraw.

On October 11, 2019, this Court sent a notice to appellant's counsel informing counsel that appellant's brief was overdue and that a failure to file a satisfactory response by October 21, 2019, would result in the dismissal of this appeal for want of prosecution. On October 21, 2019, appellant filed a pro se motion for extension of time, requesting an additional 180 days to [*3] file her brief. In the motion, appellant states that her counsel "will not respond to emails, voice messages, or return phone calls," that she never implied or stated that Howard was retained as her counsel, and that she has made numerous attempts but has been unable to retrieve her case file from Kennard and Salas.

The Clerk of this Court has attempted to contact Kennard and Salas to inquire about the status of their representation, but Kennard and Salas have not responded to the Court's communication attempts. The Court cautions Kennard and Salas that the Texas Disciplinary Rules of Professional Conduct govern their relationship with appellant, including their responsibilities under Rule 1.01 and Rule 1.03. *See* Tex. Disciplinary Rules Prof'l Conduct R. 1.01(b)-(c) (requiring competent and diligent representation), R. 1.03(a) (requiring lawyer to keep client reasonably informed about status of matter and to promptly comply with reasonable requests for information), *reprinted in* Tex. Gov't Code, tit. 2, subtit. G, app. A (Tex. State Bar R. art. X, § 9).

The Court orders Alfonso Kennard, Jr. and Daniel J. Salas to respond to the Court no later than **November 12, 2019**, by filing either a motion for extension of time or a brief accompanied by a motion for extension of time, or if they [*4] no longer intend to represent appellant, a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5. If Kennard and Salas do not respond by that date, they may be required to show cause why they should not be held in contempt of court.

It is ordered on October 30, 2019.

---

End of Document

# Kennard v. Tex. Comptroller of Pub. Accounts

Court of Appeals of Texas, Third District, Austin

November 15, 2019, Decided

NO. 03-19-00363-CV

**Reporter**
2019 Tex. App. LEXIS 10000 *; 2019 WL 6109238

In re Alfonso Kennard, Jr. and Daniel J. Salas;Michele Shimek, Appellant v. Texas Comptroller of Public Accounts, Appellee

**Prior History:** [*1] FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY. NO. D-1-GN-15-001681. THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING.

Shimek v. Tex. Comptroller of Pub. Accounts, 2019 Tex. App. LEXIS 9623 (Tex. App. Austin, Oct. 30, 2019)

**Counsel:** For Appellee: Office of the Attorney General, General Litigation Division, Austin, TX.

For Appellant: Mr. Daniel Salas Jr., Kennard Hernandez P.C., San Antonio, TX.

For Appellant: Mr. Alfonso Kennard Jr., Kennard Hernandez P.C., San Antonio, TX.

**Judges:** Before Chief Justice Rose, Justices Triana and Smith.

## Opinion

**ORDER TO SHOW CAUSE**

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of Michele Shimek. The subjects of this proceeding are Alfonso Kennard, Jr. and Daniel J. Salas, appellant's attorneys.

Appellant filed her notice of appeal on May 28, 2019, and her brief was due on July 26, 2019. On October 30, 2019, we ordered counsel to file either a motion for extension of time or a brief accompanied by a motion for extension of time, or if they no longer intend to represent appellant, a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5, no later than November 12, 2019. We also cautioned counsel Kennard and Salas that the Texas Disciplinary Rules of Professional Conduct govern their relationship with appellant, including their responsibilities under Rule 1.01 and Rule 1.03. *See* Tex. Disciplinary Rules Prof'l Conduct R. 1.01(b)-(c) (requiring competent and diligent [*2] representation), R. 1.03(a) (requiring lawyer to keep client reasonably informed about status of matter and to promptly comply with reasonable requests for information), *reprinted in* Tex. Gov't Code, tit. 2, subtit. G, app. A (Tex. State Bar R. art. X, § 9). To date, Kennard and Salas have not responded to our order.

Therefore, it is hereby ordered that **Alfonso Kennard, Jr. and Daniel J. Salas shall both appear in person before this Court on Wednesday, December 4, 2019, at 9:00 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why they should not be held in contempt and have sanctions imposed for their failure to obey our October 30, 2019 order. This order to show cause will be withdrawn, and Kennard and Salas will be relieved of their obligation to appear before this Court as ordered above if the Clerk of this Court receives either a motion for extension of time or a brief accompanied by a motion for extension of time, or if they no longer intend to represent appellant, a

motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5, on or before December 2, 2019.

It is ordered on November 15, 2019.

---

End of Document