# Criminal History Conviction Name Search

## SID:08194172

Printed: 2/4/2024 10:35:29 PM (O:2862702, U:2912151)

**Exhibit 13**

## Search Criteria

Batch #6638896

Search #31813421

SID 08194172

Searched for 'KENNARD,ALFONSO'

Searched on 2/4/2024 10:34:19 PM

## KENNARD,ALFONSO (SID: 08194172)

| | |
|---|---|
| SID | 08194172 |
| DATE LAST UPDATED | 6/5/2023 |
| SEX | MALE |
| RACE | WHITE |
| HEIGHT | 5'9" |
| WEIGHT | 200 LBS |
| EYES | BROWN |
| HAIR | BLACK |
| PLACE OF BIRTH | ALL OTHERS (ANY FOREIGN COUNTRY/ DEPENDEN |
| NAME(S) | KENNARD,ALFONSO **(PRIMARY)**<br>KENNARD,ALFONSO JR |
| BIRTH DATE(S) | **(PRIMARY)** |



## ARREST SUMMARY

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 6/16/2017 | A | 9265334525 | MEMORIAL VILLAGES POLICE DEPARTMENT |

*Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you are seeking information. Extreme care should be exercised in using any information obtained from this Web site. DPS and the State of Texas shall not be responsible for any errors or omissions produced by secondary dissemination of this data.*

# ARREST DATE 6/16/2017 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 6/16/2017 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9265334525 |
| ARRESTING AGENCY | MEMORIAL VILLAGES POLICE DEPARTMENT (TX1012400) |

## ARREST DATE 6/16/2017 (CHARGE A001)

### OFFENSE RECORD

| | |
|---|---|
| AGENCY | MEMORIAL VILLAGES POLICE DEPARTMENT (TX1012400) |
| INTERNAL AGENCY CASE NUMBER | 151170616238 |
| ARREST OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| ARREST OFFENSE LITERAL | TX1012400170564 |
| ARREST OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 6/16/2017 |
| ARREST DISPOSITION DATE | 6/16/2017 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | DISTRICT ATTORNEYS OFFICE HOUSTON (TX101015A) |

### PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | DISTRICT ATTORNEYS OFFICE HOUSTON (TX101015A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 49.04 |
| PROSECUTOR OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY CRIMINAL COURT AT LAW NO 7 HOUSTON (TX101373J) |
| COURT OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| COURT OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 2/21/2018 |
| DATE OF SENTENCE/STATUS | 2/21/2018 |
| CAUSE NUMBER | CAU:215635101010 |
| FINAL PLEADING | NOT GUILTY (N) |
| COURT CONFINEMENT | 0Y |
| COURT PROBATION | 1Y |
| COURT FINE | 500 |
| AGENCY RECEIVING CUSTODY | COUNTY CRIMINAL COURT AT LAW NO 7 HOUSTON (TX1010000) |
| MULTIPLE SENTENCES CODE | CONCURRENT (CC) |

COURT STATUS B

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY CRIMINAL COURT AT LAW NO 7 HOUSTON (TX101373J) |
| COURT OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| COURT OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | PROBATION DISCHARGE (331) |
| COURT DISPOSITION DATE | 2/21/2019 |
| DATE OF SENTENCE/STATUS | 2/21/2019 |
| CAUSE NUMBER | CAU:215635101010 |
| FINAL PLEADING | UNREPORTED/OR UNKNOWN (U) |
| AGENCY RECEIVING CUSTODY | COUNTY CRIMINAL COURT AT LAW NO 7 HOUSTON () |
| MULTIPLE SENTENCES CODE | CONCURRENT (CC) |

COURT STATUS C

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY CRIMINAL COURT AT LAW NO 7 HOUSTON (TX101373J) |
| COURT OFFENSE | DRIVING WHILE INTOXICATED (54040009) |
| COURT OFFENSE CITATION | 49.04 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | PROBATION DISCHARGE (331) |
| COURT DISPOSITION DATE | 2/21/2019 |
| DATE OF SENTENCE/STATUS | 11/28/2022 |
| CAUSE NUMBER | CAU:215635101010 |
| FINAL PLEADING | UNREPORTED/OR UNKNOWN (U) |
| AGENCY RECEIVING CUSTODY | COUNTY CRIMINAL COURT AT LAW NO 7 HOUSTON () |
| MULTIPLE SENTENCES CODE | CONCURRENT (CC) |

## PHOTO POSTED 6/16/2017



## PHOTO POSTED 11/15/2016



PHOTO POSTED 6/15/2007



Copyright © Texas Department of Public Safety. All rights reserved.
Privacy Policy · dps.texas.gov · texas.gov