# Exhibit 15

**From:** Alfonso Kennard
**To:** amar.ali@lottery.com; Andrew Korn
**Cc:** Eddie Hodges; Alfonso Kennard; Filings@kennardlaw
**Subject:** Extortion Attempt
**Date:** Thursday, January 11, 2024 6:29:21 PM
**Attachments:** favicon.ico

---

I am now aware of an extortion attempt you have concocted. It will be met with resistance and it will be addressed with the Bar as well. I refer you to Rule 4.04 of the Texas Rules of Disciplinary Procedure. You have been placed on notice. Regards,

Rule 4.04 - Respect for Rights of Third Persons, Tex. R. Disc. Prof'l. Cond. 4.04 | Casetext Search + Citator
casetext.com

**Alfonso Kennard, Jr.**
*Managing Shareholder*

Kennard Law P.C.
*Direct Line:* 713.742.0906
*Toll Free:* 855.kennlaw
*Email:*alfonso.kennard@kennardlaw.com

kennardlaw.com