THE ORG

Exhibit 13

WunderGraph > Ryan J. Peterson



# Ryan J. Peterson

Head of Business Development at WunderGraph

Contact

Ryan J. Peterson has a diverse work experience spanning multiple industries. Starting in 2014, they worked as an Adviser for Klink Technologies, Inc., helping to establish and implement a new platform. In 2015, they became an Adviser for Venzee Inc., contributing to the company's growth before exiting. That same year, Ryan took on the role of Toptal Projects (Business Vertical) at Toptal, where they played a key role in developing a new business vertical and building sales funnels.

From 2015 to 2018, Ryan served as CTO and co-founder of avonto, a Regulation CF Funding Portal. Ryan J. successfully built the platform and achieved membership in the Financial Industry Regulatory Authority (FINRA). Ryan J. also worked as a Consultant for Automation Anywhere in 2018 and as a Consultant for Restaurant Brands International in 2019, where they helped deliver multiple apps and troubleshoot software.

In 2015, Ryan founded Serenity Software and served as Founder/Executive Director. Ryan J. built the company from the ground up, leading strategic oversight of operational and financial functions. Ryan J. developed key relationships with industry leaders and provided consultancy on success through leadership and process.

In 2016, Ryan co-founded Good Burrito Co., where they served as President & Co-Founder. Ryan J. developed the Quick Service Restaurant model and achieved significant revenue growth during the COVID-19 pandemic.

In 2018, Ryan joined Lottery.com as Executive Vice President of Technology, a role in which they oversaw diverse projects and led the development and launch of the core Nexus Gaming Platform. Ryan J. facilitated the re-platforming of the company's operations with zero operational downtime.

In 2020, Ryan transitioned to the role of Vice President Research and Development at Lottery.com, where they focused on developing the next generation of products and services. Ryan J. established standardized operational processes that significantly reduced workload and improved efficiency.

Ryan joined WunderGraph in 2023 as the Head of Business Development, continuing to utilize their expertise in driving growth and development for organizations.

Ryan J. Peterson has a Bachelor of Science (BS) in Computer Science from the University of Phoenix. Ryan J. also holds an Associate of Science (AS) in Computer Science from HACC, Central Pennsylvania's Community College. In terms of additional certifications, they have completed several courses on blockchain through Coursera, including "Blockchain Basics," "Blockchain Platforms," "Blockchain Specialization," "Decentralized Applications (Dapps)," and "Smart Contracts." Additionally, they have obtained certifications in various financial analysis and decision-making courses, including "Essentials of Corporate Financial Analysis and Decision-Making Specialization," "Alternative Approaches to Valuation and Investment," "Corporate Financial Decision-Making for Value Creation," "The Role of Global Capital Markets," and "The Language and Tools of Financial Analysis." The certifications were obtained between 2015 and 2018.

**Links**

**Previous companies**

## Colleagues

View in org chart

Manager

BS **Björn Schwenzer**
Chief Operating Of...

Peers


**Ryan J. Peterson**
Head of Business ...

## Timeline

**Head of Business Development**
April, 2023 - present



Ryan J. Peterson

Head of Business Development

View in org chart

About Support Companies Iterate Business

© 2024 Orgio, Inc.

Terms Privacy Data

Home My Network Jobs Messaging Notifications For Business Reactivate Premium: 50% Off



# Ryan J. Peterson's Services

Visit profile

Request services Message More

**Working with providers**

Start by requesting a proposal from a provider. Once they respond, you can discuss how to start working together. Learn more

## About

Available
Remote

## Services provided

IT Consulting Business Consulting

Discover Service providers

Get your projects done by connecting with top-rated Service providers.

Search

About Accessibility Help Center Privacy & Terms Ad Choices Advertising
Business Services Get the LinkedIn app More

LinkedIn LinkedIn Corporation © 2024

## Experience

**Lottery.com**
Full-time · 8 yrs 1 mo

### Executive Vice President of Technology
2022 - Present · 2 yrs 1 mo

I have delivered outstanding service and dedication during my tenure with the organization and held multiple roles with increased responsibility. Recruited to provide expert recommendations, consultancy, and direction for the leading technology company with mobile and online platforms that enable users in over 40 countries access to real-time results in over 800 lottery games.

**Skills:** Fintech

### Executive Vice President Of Technology
2021 - 2023 · 2 yrs

I strategically manage the architecture, implementation, and management of diverse projects and oversee multiple project teams and VP-level positions while creating new products and technologies for the organization.

The following are highlights of the value I have brought to the organization:

• Led the Product and Engineering focus for the core Nexus Gaming Platform from conception to launch.

• Facilitated the re-platforming of the company's operations with zero operational downtime.

• Continually identify areas of opportunities and gaps which reduced IT costs from $5M annually to $250K while increasing software uptime and reliability.

### Vice President Research And Development
2020 - 2021 · 1 yr

I held accountability to maintain and drive organizational vision and value while developing processes and procedures to deliver the business strategy. Worked with executive and engineering teams to develop the next generation of products and services in web3 focusing on emerging technology for improved operations and long-term sustainable growth.

The following are highlights of the value I brought to the position:

• Established standardized operational processes that saved the company 2 to 4 years of person-hours into two months of work.

• Led integration of advanced software systems that increased operational limits by 1000%.

• Spearheaded critical decision-making and talks that turned a complex 2-week engineering task into a 20-minute business development task through internally developed tooling.

**Skills:** Web3

### Head of Global Lottery Systems
2018 - 2020 · 2 yrs

I captained innovative lottery system development working with Chief Technical Officer and Vice President of Product. Successfully built the research and development division from the ground up which included recruitment, onboarding, and personnel training.

The following are highlights of the value I brought to this position:

• Drove continuous process improvements and implemented leading technologies to deliver streamlined services to users.

• Elevated operations across all functions, and built a partnership program to help the company 2x int's revenues by increased margins on sales.

• Delivered an elastic architecture to reduce fulfillment costs by 300%.

**Senior Software Engineer**
2016 - 2018 · 2 yrs

**President & Co-Founder**
Good Burrito Co.
2015 - Present · 9 yrs 1 mo

I developed the Quick Service Restaurant (QSR) model from concept to a thriving $1M+ revenue. Continually implement action plans to support the community in give-back programs and expansion options to other markets.

The following are highlights of leadership value I bring to the organization:

• Successfully scaled operations during the COVID-19 pandemic and executed 28% growth.

• Oversee operations regarding vendor management, employee training, and ensuring the company's policies and procedures comply with all legal requirements such as licensing, health, safety, and employment law.

• Consistently analyze operational practices resulting in excellent customer experience and service ratings.

**Founder / Executive Director**
Serenity Software.
2006 - Present · 18 yrs 1 mo

I developed the start-up company from the ground up and led strategic oversight of operational and financial functions; developed staffing, implemented technology and service strategies, and accepted into Toptal as one of the top 3% Software Architects and Engineers in the world with a global client portfolio.

The following are highlights of value I bring to the organization:

• Build key relationships with diverse industry leaders including Google, Dow Jones, Subaru, and RBI (Burger King, Tim Hortons, etc.), Pepsi Co; lead and have built over 100 products and provide consultancy on success through leadership and process.

• Execute training to Chief Technical Officers on implementing a "How can I Help?" focus and provide process and tools to equip and manage their team.

**Consultant**
Restaurant Brands International · Contract
2019 - 2020 · 1 yr
Miami, Florida

Worked as a Senior Engineering Consultant to help deliver 13 apps in one codebase to meet company wide MBOs. Using modern technologies and process innovation to deliver organized and well tested features quickly as well as troubleshoot software in the field.

**Consultant**
Automation Anywhere · Contract
2018 - 2019 · 1 yr
Remote

**CTO**
avonto
2015 - 2018 · 3 yrs
Charlotte, North Carolina Area

I co-founded and built a Regulation CF Funding Portal to operate in the Commercial and Multi-Family Residential Real-Estate lending space. The company was shelved until regulations improved or market demand increased.

The following are highlights of the value I brought to the organization:

• Successfully delivered the platform product design, systems, and software engineering to create a viable platform and an accepted Member of the Financial Industry Regulatory Authority (FINRA).

• Worked in coordination with Chief Commercial Officer (CCO) to create and implement ITPP plan with security and operations for handing client data and response procedures to security events.

• Implemented infrastructure security based on AWS Shared Responsibility approach.

**Skills:** Fintech

**Adviser (Exit)**
Venzee Inc.
2015 - 2016 · 1 yr

Developed software solutions for intelligent product content distribution for enterprise commerce.

**Toptal Projects (Business Vertical)**
Toptal
2015 - 2016 · 1 yr
Remote

Helped to lead efforts to build a new business vertical for managed project sales and develop sales funnels with internal and external sales teams. Built out process models of sales and project cycles with a narrative explaining each decision of the step. Organized offering options into flexible scopes of work for faster project onboarding.

**Adviser (Exit)**
Klink Technologies, Inc.
2014 - 2015 · 1 yr

Helped establish, direct and implement the new platform for Klink to re-build from the ground up enabling a more robust and scalable platform. Mobile orders to local retail printers with delivery confirmations require both physical hardware and custom software solutions.

**Director of Technology, Partner**
INOVĀT
2013 - 2015 · 2 yrs
Elizabethtown, PA

Led strategic direction on technical sales, architecture, design, and implementation of active projects. Designed and built a CMS solution to handle the unique requirements of a single site managing all pages for individual franchise locations and the corporate site requirements for ZippyShell.

**Lead Sr. Software Engineer**
Kidblog Inc.
2012 - 2013 · 1 yr
Greater Minneapolis-St. Paul Area

Recruited to improve stability and performance of WPMU site system with the third largest install of WPMU in the world at 8M active users. Stabilized the WordPress codebase alongside delivering new features to maintain user engagement. Developed and implemented a database sharing strategy to handle the rapidly growing concurrent user pools of teachers and students worldwide.

**Ecommerce Software & Systems Engineer**
Math-U-See
2010 - 2012 · 2 yrs
Lancaster, Pennsylvania Area

**Interactive Development Lead**
Vigor - Restaurant Branding, Marketing & Public Relations
2007 - 2008 · 1 yr

**Web Developer**
CTI Networks, Inc.
2003 - 2004 · 1 yr

## Licenses & certifications

**Blockchain Basics**
Coursera
Issued Oct 2018
Credential ID RJ6FAECRR62M
Show credential

**Blockchain Platforms**
Coursera
Issued Oct 2018
Credential ID VM8LTHGHPY54
Show credential

**Blockchain Specialization**
Coursera
Issued Oct 2018
Credential ID DMQKZC4UHVEH
Show credential

**Decentralized Applications (Dapps)**
Coursera
Issued Oct 2018
Credential ID 7PQXVXPMNQZP
Show credential

**Smart Contracts**
Coursera
Issued Oct 2018
Credential ID V7DVSW2Q8FWK
Show credential

**Essentials of Corporate Financial Analysis and Decision-Making Specialization**
Coursera Course Certificates
Issued Nov 2015
Credential ID S4QGQW99253Y
Show credential

**Alternative Approaches to Valuation and Investment**
Coursera Course Certificates
Issued Oct 2015
Credential ID LPRQWX944Y
Show credential

**Corporate Financial Decision-Making for Value Creation**
Coursera Course Certificates
Issued Sep 2015
Credential ID UAATDNLX3R
Show credential

**The Role of Global Capital Markets**
Coursera Course Certificates
Issued Aug 2015
Credential ID YFJXC5JE6F
Show credential

**The Language and Tools of Financial Analysis**
Coursera Course Certificates




## Ryan J. Peterson · 3rd

Chief Technology Officer, Entrepreneur, Technology & Business Consultant

Talks about #cto, #mvp, #business, #coaching, and #saasbusiness

Greater Harrisburg Area · Contact info

500+ connections

+ Follow | Message | More

**Providing services**
IT Consulting and Business Consulting
Show details

## Activity

917 followers

+ Follow

Posts | Comments | Images

Ryan J. Peterson posted this • 7mo



💥 Importance of Customer Service in SaaS Businesses: The Key to Lasting Success 💯
... ...show more

3

Ryan J. Peterson posted this • 7mo



💰 Pricing Strategies for SaaS Products: Unlocking Revenue Potential 💥

Pricing - the make or break factor for SaaS success. Get it ri ...show more

3 1 comment

Ryan J. Peterson posted this • 7mo



⏳ Challenges in SaaS Startups and How to Overcome Them: Turning Obstacles into Opportunities 🚀
... ...show more

Show all posts →

## About

A seasoned Technology Executive with over two decades of diverse experience, Ryan has been the driving force behind groundbreaking initiatives in the technology sector. Most notably, at Lottery, he spearheaded a transformative approach that propelled the firm to unprecedented heights, making an indelible mark on the...

## Experience

Lottery.com
Full-time · 8 yrs 1 mo

**Executive Vice President of Technology**
2022 - Present · 2 yrs 1 mo

I have delivered outstanding service and dedication during my tenure with the organization and held multiple roles with increased responsibility....

**Skills:** Fintech

**Executive Vice President Of Technology**
2021 - 2023 · 2 yrs

I strategically manage the architecture, implementation, and management of diverse projects and oversee multiple project teams and VP-level...

**Vice President Research And Development**
2020 - 2021 · 1 yr

I held accountability to maintain and drive organizational vision and value while developing processes and procedures to deliver the business strateg...

**Skills:** Web3

Show all 5 experiences →

---

**President & Co-Founder**
Good Burrito Co.
2015 - Present · 9 yrs 1 mo

I developed the Quick Service Restaurant (QSR) model from concept to a thriving $1M+ revenue. Continually implement action plans to support the...

---

**Founder / Executive Director**
Serenity Software.
2006 - Present · 18 yrs 1 mo

I developed the start-up company from the ground up and led strategic oversight of operational and financial functions; developed staffing,...

---

**Consultant**
Restaurant Brands International · Contract
2019 - 2020 · 1 yr
Miami, Florida

Worked as a Senior Engineering Consultant to help deliver 13 apps in one codebase to meet company wide MBOs. Using modern technologies and...

---

**Consultant**
Automation Anywhere · Contract
2018 - 2019 · 1 yr
Remote

Show all 18 experiences →

## Education

**University of Phoenix**
Bachelor of Science - BS, Computer Science
Activities and societies: None

---

**HACC, Central Pennsylvania's Community College**
Associate of Science - AS, Computer Science

## Volunteering

**Financial Peace University**
LCBC Church
Jan 2013 - Present · 11 yrs 1 mo
Education

Helping people reach financial freedom guiding them through Financial Peace University.

## Licenses & certifications

**Blockchain Basics**
Coursera
Issued Oct 2018
Credential ID RJ6FAECRR62M
Show credential

**Blockchain Platforms**
Coursera
Issued Oct 2018
Credential ID VM8LTHGHPY54
Show credential

Show all 10 licenses & certifications →

## Skills

**Redux.js**

**Google Cloud Platform (GCP)**

Show all 48 skills →

## Recommendations

Received Given

**Zach Goldberg** · 3rd
Executive Coach 💪 I help Tech Executives & Leaders build high performing software engineering teams by leveraging proven frameworks/patterns to maximize confidence & accelerate results in 90 days | Free Intro Call ⬇️
February 7, 2018, Zach managed Ryan J. directly

Ryan is an excellent team-player and a critical member of our team. Ryan can always be counted on to have a positive attitude (with a bit of humor) towards a task, be it grandiose architectural design and green field projects, to the more mundane bug fixes and tech debt/refactors.

Ryan combines raw intellectual horsepower with years of experience in a wide range of fields in a very effective way, and he has my heartfelt recommendation!

**Marc Grabanski** · 3rd
Advancing Developer Skills — CEO of Frontend Masters
June 25, 2012, Marc was Ryan J.'s client

I've hired Ryan to do everything from web application development to architecture, project management, system administration and everything in between. He even was the host at a conference I put on in front of 200 people at Google HQ on JavaScript...he's got personality too!

Ryan is the type of guy who seems to know something about everything you throw at him. He's a real swiss-army knife and I hope to work with and be connected with him for a long long time.

## Languages

**English**
Native or bilingual proficiency

## Causes

Children • Economic Empowerment • Education • Poverty Alleviation • Science and Technology

## Interests

Top Voices Companies Groups Newsletters Schools

**Daymond John** · 2nd
CEO of FUBU and The Shark Group, TV Personality on ABC Shark Tank, Public Speaker
2,645,988 followers
+ Follow

**Gary Vaynerchuk** · 2nd
Chairman - VaynerX, CEO - VaynerMedia & Veefriends , Co-Founder VaynerSports, VCR Group and VaynerWatt
5,410,619 followers
+ Follow

Show all Top Voices →

## People you may know

From Ryan J.'s company

**Alexander Williams**
Senior Vice President of Financial Planning & Analysis | Big Data | Data Science
Connect

**Matthew Schneider**
VP of Product and Brand Creative @ Lottery.com
Connect

**Brandon M.**
Innovative Product Leader | EVP, Product at NASDAQ-listed firm | Builder of Effective and Delightful Products, used daily by millions of customers...
Connect

**Scott Mulder**
Marketing Visionary | Driving Growth and Innovation Through Data-Driven Strategies
Connect

**Matt Clemenson**
Chief Revenue Officer & Co-founder at Lottery.com (AutoLotto, Inc)
Connect

Show all

## You might like

Pages for you

**Telecom Jobs**
Telecommunications
235,439 followers
18 connections follow this page
+ Follow

**OnGo Alliance**
Wireless Services
3,701 followers
8 connections follow this page