IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC. | § | |
| | § | |
| Defendant. | § | |

**Order Granting Defendant's Motion to Set Aside Entry of Default**

The Court considered *Defendant Lottery.com's Motion to Set Aside Entry of Default* (Dkt. 17) and finding good cause, grants the Motion. Accordingly,

the Clerk's entry of default is VACATED and SET ASIDE.

Defendant is ordered to respond to *Plaintiff's First Amended Original* (Dkt. 16) within 14 days of the date this Order is signed.

**SO ORDERED.**

**SIGNED** on February________, 2024.

______________________________

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE