**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-00646-RP** |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC.** | § | |
| | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |

**ORDER**

ON THIS DAY, came to be heard Defendant's Amended Motion to Set Aside Entry of Default [Dkt. 18]. The Court, having considered Defendant's Motion and Plaintiff's Response in opposition to the Motion, Plaintiff's Amended Complaint, and the arguments of counsel and all pleadings on file, is of the opinion that Defendant has not satisfied its burden of proof to show good cause.

IT IS THEREFORE ORDERED

Defendant's Motion to Set Aside Entry of Default is hereby **DENIED**.

Plaintiff is required to file a Motion for Default Judgment on or before:________________

SIGNED this ____ day of _________, 2024.

_______________________________________
The Honorable U.S. District Court Judge