# Exhibit 1

**From:** TXW_USDC_Notice@txwd.uscourts.gov
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00880-RP Marsh v. Lottery.com, Inc. Order on Motion to Set Aside
**Date:** Thursday, January 25, 2024 10:33:40 AM

---

You don't often get email from txw_usdc_notice@txwd.uscourts.gov. Learn why this is important

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court [LIVE]**

**Western District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 1/25/2024 at 10:32 AM CST and filed on 1/25/2024

**Case Name:** Marsh v. Lottery.com, Inc.
**Case Number:** 1:23-cv-00880-RP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Order GRANTING [10] Motion to Set Aside entered by Judge Robert Pitman. In light of the lack of opposition since no response was filed, IT IS ORDERED that Defendant's the Clerk's entry of default is VACATED and SET ASIDE. Defendant shall expeditiously file an answer or otherwise respond to the complaint on or before February 1, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (sh)**

**1:23-cv-00880-RP Notice has been electronically mailed to:**

Alfonso Kennard , Jr Filings@kennardlaw.com, 3012080420@filings.docketbird.com, 3233893420@filings.docketbird.com, Administration@kennardlaw.com, Alfonso.Kennard@kennardlaw.com, Christyle.Giron@kennardlaw.com, Eddie.Hodges@kennardlaw.com, info_912@ecf.courtdrive.com

Andrew Ross Korn akorn@receiverandrewkorn.com, arkpllc@receiverandrewkorn.com, emosley@receiverandrewkorn.com

Eddie Robert Hodges , II eddie.hodges@kennardlaw.com

**1:23-cv-00880-RP Notice has been delivered by other means to:**