# Exhibit 2

**From:** Eddie Hodges
**To:** Andrew Korn
**Cc:** Alfonso Kennard
**Subject:** RE: Communication made in furtherance of conference on Motions to Strike Original Complaints
**Date:** Friday, January 5, 2024 4:59:36 PM
**Attachments:** image002.png

---

You don't often get email from eddie.hodges@kennardlaw.com. Learn why this is important

Andrew:

I am not going to tell you how to litigate your case. However, our position is still opposed to any Motion to Strike based on "contempt," and we are not signing any agreed orders. We will respond to the Court, if necessary, and allow the Court to make a decision on the issue. Again, we believe your claim of "contempt" to be frivolous and we will vigorously defend our position that there was no unauthorized practice of law or contempt. I will assume that you will be opposed to our Motion for Sanctions. Thanks for following up.

**Eddie Hodges, Jr.**
Associate Attorney

Kennard Law, P.C.
5120 Woodway Drive | Suite 10010 | Houston, Texas 77056
**Office:** 713.742.0900 **Direct:** 346.980.8204
**Fax:** 832.558.9412 **Toll Free:** 855.KENNLAW
**Email:** eddie.hodges@kennardlaw.com
**Website:** WWW.KENNARDLAW.COM
HOUSTON / SAN ANTONIO / AUSTIN / EL PASO / RIO GRANDE VALLEY /
SOUTHERN CALIFORNIA / WASHINGTON D.C.

Kennard
ATTORNEYS AT LAW

[illegible] 713.742.0900 [illegible]

**From:** Andrew Korn <andrew@receiverandrewkorn.com>
**Sent:** Friday, January 5, 2024 4:06 PM
**To:** Eddie Hodges <Eddie.Hodges@kennardlaw.com>
**Cc:** Alfonso Kennard <alfonso.kennard@kennardlaw.com>
**Subject:** Communication made in furtherance of conference on Motions to Strike Original Complaints

Counsel:

You state "Alfonso Kennard Jr. is admitted in the Western District **and was the signatory on all Complaints filed.**" What definition of signatory are you using? Because **you** signed each complaint (when you were not authorized to do so because you were not admitted to the Western District of Texas). *See e.g.*:

k. Such other and further relief, at law or in equity, to which Plaintiff may be entitled, whether by this Original Complaint or by proper amendment thereto.

Respectfully submitted,

Kennard Law P.C.

Eddie R. Hodges Jr.

**Eddie Hodges, Jr.**
Texas Bar No.: 24116523
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888

Please reconsider your opposition now that I pointed out that you are the signatory on each complaint.

Perhaps we have an agreement, but it's not clear enough to me. I don't understand your statement that Lottery.com has the "opportunity to file an Answer at any time." Because we are ready to start filing responsive 12(b) motions to the complaints. Are you saying that Lottery.com can file motions under 12(b) next week, and that each such motion will be deemed timely filed? If not, what do you mean?

***Andy "Gator" Korn***
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
214-521-0500 (Office)
www.andrewrkornpllc.com
www.receiverandrewkorn.com

**From:** Eddie Hodges <Eddie.Hodges@kennardlaw.com>
**Sent:** Friday, January 5, 2024 3:27 PM
**To:** Andrew Korn <andrew@receiverandrewkorn.com>
**Cc:** Alfonso Kennard <alfonso.kennard@kennardlaw.com>
**Subject:** RE: Communication made in furtherance of conference on Motions to Strike Original Complaints

You don't often get email from eddie.hodges@kennardlaw.com. Learn why this is important

Andrew:

We are opposed. I have been admitted to the Western District of Texas, prior to your appearance in this case. Alfonso Kennard Jr. is admitted in the Western District and was the signatory on all Complaints filed. No one is in contempt as you continue to cite cases that are not relevant to this case or district. You have even cited a criminal case that has no relevance in the civil context. We will respond accordingly.

Also, if these motions are filed, we will move for a Motion for Sanctions on each case based on frivolous filings and increasing the costs of litigation. I will assume you and your client will be opposed to the Motion for Sanctions if we have to file. Please let me know prior to your filing of the Motions to Strike. This email will serve as a conference between parties prior to our Motion for Sanctions being filed. In

the meantime, you have the opportunity to file an Answer at any time, therefore, we are not interested in signing any agreed orders. We will allow the Court to decide. Again, all this time you are wasting could be spent on filing an Answer and participating in litigation. Instead, you and your client continue to engage in stall tactics by filing frivolous motions to stall the litigation process, all of which will be duly noted for the Court.

Thank you for reaching out. I hope you have a great weekend.

**Eddie Hodges, Jr.**
Associate Attorney

Kennard Law, P.C.
5120 Woodway Drive | Suite 10010 | Houston, Texas 77056
Office: 713.742.0900 Direct: 346.980.8204
Fax: 832.558.9412 Toll Free: 855.KENNLAW
Email: eddie.hodges@kennardlaw.com
Website: WWW.KENNARDLAW.COM
HOUSTON / SAN ANTONIO / AUSTIN / EL PASO / RIO GRANDE VALLEY / SOUTHERN CALIFORNIA / WASHINGTON D.C.

Kennard
ATTORNEYS AT LAW

[illegible] 713.742.0900 [illegible]

**From:** Andrew Korn <andrew@receiverandrewkorn.com>
**Sent:** Friday, January 5, 2024 2:44 PM
**To:** Eddie Hodges <Eddie.Hodges@kennardlaw.com>
**Cc:** Alfonso Kennard <Alfonso.Kennard@kennardlaw.com>
**Subject:** Communication made in furtherance of conference on Motions to Strike Original Complaints

Counsel:

As a result of the filing of Plaintiff's Response (Dkt. 21) in the Yes Period Case, I was able to confirm that you were in contempt for violating the local rules by appearing in all four cases against Lottery.com without being admitted to practice in the Western District of Texas. *See* chart attached. You appeared in two of the Cases after the Clerk told you that you were not admitted to the District – without even attempting to obtain pro hac vice status thereafter. *Id.*

Dkt. 21 indicates that you believe (or want the Court to believe) that you aren't in contempt for violating local rules because they aren't court orders. That belief is contrary to law. "A valid local rule has the force of law." *Slocum v. Anderson*, 2021 U.S. Dist. LEXIS 157057, *4 (M.D. La. Aug. 19, 2021) (Citing *Weil v. Neary*, 278 U.S. 160, 169, 49 S. Ct. 144, 73 L. Ed. 243 (1929)); *In re Foreclosure Cases*, 2007 U.S. Dist. LEXIS 90812, at *5, 2007 WL 3232430 (N.D. Ohio) (Citing Weil v. Neary, 278 U.S. 160, 169, 49 S. Ct. 144, 73 L. Ed. 243 (1929)) ("A validly enacted local rule or general order has the force of law."); *See also Nick v. Morgan's Foods. Inc.*, 99 F. Supp. 2d 1056, 1064 (E.D. Mo. 2000) (Emphasis added) ("The foregoing cases clearly establish that a district court has express authority, under the Federal Rules of Civil Procedure and its inherent authority, to impose sanctions when a party violates the Federal Rules of Civil Procedure, **the court's local rules**, and the court's orders.); *See e.g.*, *United States v. Herrera*, 2001 U.S. App. LEXIS 30465, at *8 (5th Cir. March 30, 2001 (Not designated for publication) (Citations omitted) (Emphasis added):

> Herrera contends count one of the information failed to state an offense and was, thus, jurisdictionally defective. To be sufficient, an information must allege each material element of the offense. The elements of

> contempt under 18 U.S.C. § 401(3) are: a reasonably specific order; violation of the order; and the willful intent to do so.
>
> The district court found that Herrera violated its local rules by aiding and abetting Salinas' unauthorized practice of law, and, thus, was guilty as to count one. **Herrera's contention that a local rule is not an order is without merit. A local rule is the equivalent of a standing order of the district court...**

Your clients cannot obtain the benefit of any judicial relief while their Complaints stand – because of you – in an attitude of contempt. *Hopp v. James*, 470 S.W.2d 716, 717 (Tex. Civ. App.—San Antonio 1971, no writ) (per curiam) ("[A] a party to an action cannot, with right or reason, ask the aid and assistance of a court in hearing her demands while she stands in an attitude of contempt to legal orders and processes of the courts of this State."); *See also Gonzales v. State*, 931 S.W.2d 574, 575-576 (Tex. Crim. App. 1996) ("public policy dictates 'ex dolo malo non oritur actio,' which translates: no court will lend aid to one who founds his cause of action upon immoral or illegal acts"); *Caddell v. Threshold Dev. Co.*, 609 S.W.2d 871, 874 (Tex. Civ. App.—Amarillo 1980, no writ) (" To decree otherwise would be to permit the Caddells to profit by their own wrong, which the law does not allow."); *Accord Bunting Bristol Transfer, Inc. v. Pennsylvania Public Utility Com.*, 210 A.2d 281, 283 (Pa. 1965)("[W]here the violation is one resulting from a deliberate disregard of the certificate limitations or the law, then, of course, the wrongdoer should not profit from his own deliberate wrong."); *See generally Valentine v. Stewart*, 15 Cal. 387, 405 (1860) ("The law is not to be subsidized to overthrow itself...").

Therefore, this e-mail is sent as part of the Court's conference requirement to communicate the basis for possible motions in the four cases you've [improperly] filed against Lottery.com Lottery.com will move to strike each of the original complaints because their unauthorized filing cannot be the basis for an entry of default. However, if we can present an agreed order in one of more of the four cases that: 1) the entry of default is stricken; and 2) Lottery.com has until January 19, 2024, to answer, move or otherwise respond to the live complaint, then the need for further motions to strike would be moot in those cases. Please let me know in writing by January 8, 2024, at 11:00 a.m. whether you are willing to sign and present to the Court an agreed order striking entries of default and setting response deadlines for defendant in any of the four Lottery.com cases (*i.e.* Yes Period, Peterson, Wells, and Marsh).

***Andy "Gator" Korn***
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
214-521-0500 (Office)
**www.andrewrkornpllc.com**
**www.receiverandrewkorn.com**

**From:** TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
**Sent:** Friday, January 5, 2024 9:23 AM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00616-RP YES PERIOD, LLC v. Lottery.com, et al Response in Opposition to Motion

You don't often get email from txw_usdc_notice@txwd.uscourts.gov. Learn why this is important

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court [LIVE]**

**Western District of Texas**

**Notice of Electronic Filing**

The following transaction was entered by Kennard, Alfonso on 1/5/2024 at 9:23 AM CST and filed on 1/5/2024

**Case Name:** YES PERIOD, LLC v. Lottery.com, et al
**Case Number:** 1:23-cv-00616-RP
**Filer:** Yes Period, LLC
**Document Number:** 21

**Docket Text:**
**Response in Opposition to Motion, filed by Yes Period, LLC, re [19] MOTION to Strike [18] Sur-reply to Motion, filed by Defendant Lottery.com, Inc. (Attachments: # (1) Proposed Order Denying Motion to Strike)(Kennard, Alfonso)**

**1:23-cv-00616-RP Notice has been electronically mailed to:**

Alfonso Kennard , Jr Filings@kennardlaw.com, 3012080420@filings.docketbird.com, 3233893420@filings.docketbird.com, Administration@kennardlaw.com, Alfonso.Kennard@kennardlaw.com, Christyle.Giron@kennardlaw.com, Eddie.Hodges@kennardlaw.com, info_912@ecf.courtdrive.com

Andrew Ross Korn akorn@receiverandrewkorn.com, arkpllc@receiverandrewkorn.com, emosley@receiverandrewkorn.com

Eddie Robert Hodges , II eddie.hodges@kennardlaw.com

**1:23-cv-00616-RP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=1/5/2024] [FileNumber=29681026-0
] [b436610ae3b40cc735821f79b0dfec3baae42b8b4a2d6b179ff3259fa3a28ae9fa3
632345300826dd3a63512b8320a6f96f272c6c6e1812549191bc3f72bfdfe]]
**Document description:**Proposed Order Denying Motion to Strike
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=1/5/2024] [FileNumber=29681026-1
] [1a4deee2ded9a93b7d1dc635f456077b0fc3db3a9286294ec2d22074d578f032076
585c80de50c3211d12e80c1611117bc504dac28265d5f7a97c59a2d312f47]]