**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-00646-RP** |
| | § | |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC..** | § | |
| ***Defendant,*** | § | **JURY DEMANDED** |
| | § | |
| | § | |

---

**ORDER**

---

ON THIS DAY, came to be heard Defendant's Motion to Strike Clerk's Entry of Default [Dkt. 19]. The Court, having considered Defendant's Motion and Plaintiff's Response in opposition to the Motion, Plaintiff's Amended Complaint, and the arguments of counsel and all pleadings on file, is of the opinion that defendant has not satisfied its burden of proof to show good cause

IT IS THEREFORE ORDERED Defendant's Motion to Strike Clerk's Entry of Default is hereby **DENIED**.

SIGNED this ____ day of _________, 2024

______________________________
Honorable U.S. District Court Judge