# Exhibit 1

28.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 15 1998

Michael N. Milby, Clerk of Court

JOE HAND PROMOTIONS §
§
vs. § C.A. NO. C-97-493
§
SONNY TORRES, ET AL. §

## ORDER STRIKING PLEADING

The pleading entitled "Plaintiff's Motion to Excuse its Corporate Representative From the Initial Pre-Trial Conference" was filed on December 19, 1997, but is now struck for deficiencies. The Local Rules of the United States District Court for the Southern District of Texas require that papers must have at the end a certificate reflecting how and when service has been made or why service is not required (L.R 3.G.) Duh!

Because this document has been struck, it is not before the Court and will not be considered. It is the duty of all who appear before this Court to be familiar with the Local Rules and to follow them. It is inefficient and expensive for the parties and for the Court when the Local Rules are disregarded, because the Court must strike the pleadings to enforce its rules (L.R.3.M.).

ORDERED this 14 day of Jan, 1997.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE