IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC. | § | |
| | § | |
| Defendant. | § | |

## Order Denying Plaintiff's Motion for Sanctions

The Court considered *Plaintiff's Motion for Rule 11 Sanctions and Request for Show Cause Order Against Defendant and Defendant's Counsel* (Dkt. 22) ("Motion for Sanctions").

The Motion for Sanctions is DENIED.

Defendant Lottery.com, Inc. ("Lottery.com") is the prevailing party on the Motion for Sanctions.

The Court finds that an award of reasonable expenses to Lottery.com incurred for the Motion for Sanctions is warranted. By____________, 2024, Lottery.com may apply to the Court for an award of reasonable expenses against Plaintiff Ryan Peterson, which reasonable expenses may include attorney's fees. If the parties cannot reach agreement as to the amount of these expenses, and Plaintiff's opposition lacks substantial merit, Lottery.com will be entitled to recover not only the expenses incurred for the Motion for Sanctions, but the additional fees incurred in filing, prosecuting, and defending its expense application.

**SO ORDERED.**

**SIGNED** on ____________, 2024.

_____________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE