IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC. | § | |
| | § | |
| Defendant. | § | |

**Order Denying Plaintiff's Motion to Strike**

The Court considered *Plaintiff's Motion to Strike* (Dkt. 22) ("Motion to Strike").

The Motion to Strike is DENIED.

**SO ORDERED.**

**SIGNED** on ____________, 2024.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE