**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-00646-RP** |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC.** | § | |
| | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |

**ORDER**

---

ON THIS DAY, came to be heard Plaintiff's Motion for Sanctions and Request for Show Cause Hearing. The Court, having considered Plaintiff's Motion and Defendant's Response in opposition to the Motion, and the arguments of counsel and all pleadings on file, is of the opinion that Defendant is **ORDERED TO SHOW CAUSE** as to why its conduct, as described in Plaintiff's motion is not in violation of Rule 11(b); TEX. R. DISC. PROF'L. COND. 3.04(c)(2)(3); Tex. R. Disc. Prof'l. Cond. 4.04; and L.R. AT-4(d).

**IT IS THEREFORE ORDERED**

Defendant's Response to the Order to Show Cause is due on or before: ______________________

The Show Cause hearing is set for: ___________________________________

**IT IS FURTHER ORDERDED**

This Court uses its discretion to refer Attorney Korn to the District Disciplinary Committee for appropriate review, investigation, and recommendation because there is reason to

believe Attorney Korn (4) has engaged in conduct that violates the Texas Disciplinary Rules of Professional Conduct. LR. AT-7(c)(f).

SIGNED this ____ day of __________, 2024.

______________________________________

The Honorable U.S. District Court Judge