UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ryan Peterson | § | |
| | § | CIVIL NO: |
| vs. | § | AU:23-CV-00646-RP |
| | § | |
| Lottery.com, Inc. | § | |

# ORDER SETTING HEARING ON PENDING MOTIONS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON PENDING MOTIONS** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, June 13, 2024 from 09:00 to 11:00am.**

IT IS SO ORDERED this 30th day of May, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE