# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Ryan Peterson | § | |
| | § | CIVIL NO: |
| vs. | § | AU:23-CV-00646-RP |
| | § | |
| Lottery.com, Inc. | § | |

## ORDER RESETTING HEARING ON PENDING MOTIONS

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **HEARING ON PENDING MOTIONS** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, June 26, 2024 from 1:30pm-3:30pm**.

IT IS SO ORDERED this 11th day of June, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE