UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ryan Peterson | § | |
| | § | CIVIL NO: |
| vs. | § | AU:23-CV-00646-RP |
| | § | |
| Lottery.com, Inc. | § | |

AMENDED ORDER RESETTING HEARING
ON PENDING MOTIONS

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **HEARING ON PENDING MOTIONS** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, June 26, 2024 at 01:30 PM**. Given the nature of the pending motions, the Court expects all counsel of record to appear at the hearing.

IT IS SO ORDERED this 14th day of June, 2024.



ROBERT PITMAN
UNITED STATES DISTRICT JUDGE