UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ryan Peterson, | § | |
| | § | CIVIL NO: |
| vs. | § | AU:23-CV-00646-RP |
| | § | |
| Lottery.com, Inc. | § | |

# **STIPULATION**

Plaintiff Ryan Peterson and Defendant Lottery.com, Inc. stipulate and agree to the following:

1. The Clerk's entry of default (Dkt. 11) is VACATED and SET ASIDE.

2. Plaintiff will file an amended complaint within 35 days from the day the Court approves this Stipulation.

3. Defendant will respond to the amended complaint within 21 days from the day it is filed.

4. The following motions are withdrawn:

- (Dkt. 18) Amended MOTION to Set Aside Entry of Default by Lottery.com, Inc.
- (Dkt. 19) MOTION to Strike Clerk's Entry of Default by Lottery.com, Inc.
- (Dkt. 21) Opposed MOTION for Sanctions under Rule 11, Opposed MOTION for Order to Show Cause by Ryan Peterson.
- (Dkt. 22) MOTION to Strike Amended MOTION to Set Aside Entry of Default by Ryan Peterson.

5. There are no other pending Motions.

| | |
|---|---|
| **So Stipulated and Agreed**:<br>Signature: /s/ Eddie R. Hodges Jr.<br>Eddie Hodges Jr.<br>Texas Bar No. 24116523<br>kennard law, P.C.<br>5120 Woodway Drive Suite 10010<br>Houston, Texas 77056<br>Telephone: (713) 742-0900<br>Facsimile: (713) 742-0951<br>Email: eddie.hodges@kennardlaw.com<br>Email: alfonso.kennard@kennardlaw.com<br>Attorney for Plaintiff Ryan Peterson | **So Stipulated and Agreed**:<br>Signature: Andrew R. Korn<br>Andrew R. Korn<br>State Bar card number: 11683150<br>Andrew R. Korn, PLLC<br>4221 Avondale Avenue<br>Dallas, Texas 75219<br>E-mail: akorn@receiverandrewkorn.com<br>Telephone number: (214) 521-0500<br>Attorney for Defendant Lottery.com, Inc. |