FILED
June 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Julie Golden
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ryan Peterson, | § | |
| | § | CIVIL NO: |
| vs. | § | AU:23-CV-00646-RP |
| | § | |
| Lottery.com, Inc. | § | |

**ORDER ON STIPULATION**

Based upon the stipulation of Plaintiff Ryan Peterson and Defendant Lottery.com, Inc. (Dkt. 34), and for good cause shown, the Court adopts the parties' Stipulation. Accordingly,

IT IS HEREBY ORDERED that:

1. The Clerk's entry of default (Dkt. 11) is VACATED and SET ASIDE.
2. Plaintiff will file an amended complaint within 35 days from the day the Clerk enters this Order.
3. Defendant will respond to the amended complaint within 21 days from the day Plaintiff files it.
4. The following motions are withdrawn:

- (Dkt. 18) Amended MOTION to Set Aside Entry of Default by Lottery.com, Inc.
- (Dkt. 19) MOTION to Strike Clerk's Entry of Default by Lottery.com, Inc.
- (Dkt. 21) Opposed MOTION for Sanctions under Rule 11, Opposed MOTION for Order to Show Cause by Ryan Peterson.
- (Dkt. 22) MOTION to Strike Amended MOTION to Set Aside Entry of Default by Ryan Peterson.

IT IS SO ORDERED this 24th day of June, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE