**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-00646-RP** |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC.** | § | |
| | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Ryan Peterson ("Plaintiff") files this Motion for Leave to file his Second Amended Complaint attached hereto. The deadline to file his second Amended Complaint was July 29, 2024, based on the parties joint stipulation signed by this Court. After an agreed and unopposed three-day extension thereafter Plaintiff files this Motion for Leave along with the Second Amended Complaint. Plaintiff will respectfully show as follows:

Plaintiff' has attached his Second Amended Complaint as **Exhibit A**. Plaintiff's Second Amended Complaint will not prejudice the Defendant because discovery is still ongoing and Defendant is aware that Plaintiff planned to file a Second Amended Complaint. Good cause exists to grant this Motion for Leave because Plaintiff has attempted in good faith to assert all claims that may be ripe for filing. Plaintiff's second amended complaint is warranted to provide additional information and claims to supplement the facts provided. Moreover, it is clear Defendant would not be prejudiced to file its Amended Answer or Renewed 12(b)(6) Motion and should be allowed the normal amount of time to do so.

Based on the foregoing, Plaintiff counsel respectfully requests leave to file his Second Amended Complaint. FOR THE FOREGOING REASONS, Plaintiff respectfully request that the Court **GRANT** Plaintiff's Motion for Leave allowing Plaintiff to file the attached Second Amended Complaint.

Respectfully submitted,

kennard law P.C.

Eddie R. Hodges Jr.

**Eddie Hodges Jr.**
Texas Bar No. 24116523
Federal Bar ID 3479748
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal Bar ID 71331
5120 Woodway Drive Suite 10010
Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: eddie.hodges@kennardlaw.com
Email: alfonso.kennard@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of August 2024, a true and correct copy of this Motion for Leave to file Second Amended Complaint was filed with the Court using the Court's CM/ ECF system and served on Defendant's counsel.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie Hodges Jr.

**CERTIFICATE OF CONFERENCE**

The parties entered into a joint stipulation that Plaintiff would file a Second Amended Complaint within 35 days of the Order being signed by this Court. Plaintiff's counsel conferred with Defendant's counsel as to whether they were opposed to an additional three-days to file the Second Amended Complaint. Defendant's counsel indicated that they were UNOPPOSED, and therefore this Motion for Leave is filed as unopposed.

Eddie Hodges Jr.

\