**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-00646-RP** |
| | § | |
| | § | |
| **LOTTERY.COM, INC. d/b//a** | § | |
| **SPORTS.COM, INC. d/b/a** | § | |
| **AUTOLOTTO, INC.** | § | |
| | § | **JURY DEMANDED** |
| ***Defendant.*** | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS IN HIS RESPONSE TO DEFENDANT'S 12(b(6) MOTION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Ryan Peterson ("Plaintiff") moves for leave to exceed the page limitation in his response to Defendant Lottery.com's 12(b)(6) Motion to Dismiss and respectfully states the following:

- On August 24, 2024, Defendant filed their 12(b)(6) Motion to Dismiss.
- Plaintiff is requesting an additional five (5) pages to file his response to the Motion. Plaintiff alleges the additional pages are necessary to allow Plaintiff to adequately respond to each argument presented by Defendant in their Motion.
- Plaintiff has attached his Response to this Motion to be filed by the Clerk if this Motion is granted. However, if the Court denies the Motion to File Excess pages, Plaintiff respectfully requests three (3) additional days to file a response conforming to the local rules' twenty (20) page limitation.

- Defendant is unopposed to Plaintiff's request; and Plaintiff is unopposed to allowing Defendant's counsel the same courtesy for an additional five (5) pages to file their reply to their Motion to Dismiss. If this Court is of the opinion that Plaintiff's motion should be denied to file excess pages, Plaintiff respectfully requests the Court allow additional three (3) days to file a conforming response, if the Order is granted outside of Plaintiff's 14-day window to file a response.

Based on the foregoing, Plaintiff's counsel respectfully requests leave to exceed the page limit by five (5) pages for his response to Defendant's 12(b)(6) Motion to Dismiss. We respectfully ask the Court to grant the Motion and submit **Exhibit A** and **Exhibit A-1** into the docket. Moreover, we ask this Court to allow Defendant the opportunity to file its reply with an additional five (5) pages, as approved by the Court.

FOR THE FOREGOING REASONS, Plaintiff respectfully request that the Court **GRANT** Plaintiff's Motion to Exceed Page Limitations allowing Plaintiff's objections to the magistrate, **Exhibit A**, to exceed the local rule page limit to include five (5) additional pages, with a total of 25 pages, exclusive of the caption, the signature block, any certificate, and any accompanying documents.

Respectfully submitted,

kennard law P.C.

Eddie R. Hodges Jr.

**Eddie Hodges Jr.**
Texas Bar No. 24116523
Federal No.: 3479748
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal No.: 713316
5120 Woodway Drive Suite 10010

Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951
Email: eddie.hodges@kennardlaw.com
Email: alfonso.kennard@kennardlaw.com
Email: filings@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, a true and correct copy of the foregoing instrument has been served on all counsel of record via ECF online filing system.

**ANDREW R. KORN**
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Lottery.com

Eddie Hodges Jr.

**CERTIFICATE OF CONFERENCE**

On August 29, 2024, Defendant's counsel and Plaintiff's counsel conferred over this Motion prior to the Defendant filing its Motion to Exceed Page Limit. During that conversation, Defendant's counsel confirmed that they would be unopposed to our Motion if Defendant's counsel is allowed the same courtesy of additional pages. Plaintiff is unopposed to that request. Therefore, Plaintiff files this Motion to Exceed Page Limit as UNOPPOSED.

Eddie Hodges Jr.