**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON** | **§** | |
| | **§** | |
| ***Plaintiff,*** | **§** | |
| | **§** | |
| **v.** | **§** | **CASE NO. 1:23-CV-00646-RP** |
| | **§** | |
| | **§** | |
| **LOTTERY.COM, INC. d/b//a** | **§** | |
| **SPORTS.COM, INC. d/b/a** | **§** | |
| **AUTOLOTTO, INC.** | § | |
| | **§** | **JURY DEMANDED** |
| ***Defendant.*** | **§** | |

**ORDER GRANTING MOTION TO EXCEED PAGE LIMIT**

Pending before the Court is Plaintiff, Ryan Peterson's Motion to Exceed Page Limit in his response to Defendant's 12(b)(6) Motion to Dismiss [Dkt. 39]. Plaintiff supplemented his response to the Motion as an Exhibit to this Motion – **Exhibit A & Exhibit A-1**. After reviewing the Motion, the record, the response in opposition by Defendant, and the applicable law, the Court is of the opinion that it should be **GRANTED**.

**IT IS SO ORDERED** Plaintiff's response [**Exhibit A & Exhibit A-1]** is approved to exceed the local rules' page with an additional five (5) pages (exclusive of signature blocks, certificate of service, and any other sections excluded from page limitations under local rules). The Court will enter Plaintiff's Response – **Exhibit A** & **Exhibit A-1** into the docket.

**IT IS FURTHER ORDERED** Defendant is allowed five (5) additional pages in their Reply, if necessary. Defendant is ordered to file their response within the regular time limit established by the federal and local rules, after notice of the entry of the Response into the docket.

SIGNED this _________ day of____________, 2024.

____________________________________

**Honorable U.S. District Court Judge**