**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:23-CV-646-RP** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

**Defendant Lottery.com, Inc.'s Unopposed Motion for 4-Day Extension to File Reply**

1. Defendant Lottery.com, Inc. ("Lottery.com) seeks a four-day extension to Reply *to Plaintiff's Response in Opposition to Defendant's Rule 12(B)(6) Motion to Dismiss* (Dkt. 41). This Motion is unopposed.

2. On Friday, September 13, 2024, in one of the other three cases on this Court's docket between Lottery.com and other plaintiffs represented by Plaintiff's counsel,[1] the Plaintiff filed a motion for leave.[2] Lottery.com was concerned that the Court might rule before the 7-day deadline for a response because the motion for leave lacked a certificate of conference stating that the motion was opposed. Therefore, this morning, Lottery.com filed its Response in opposition to the motion for leave.[3] Because the undersigned spent Saturday and Sunday working on Lottery.com's Response in opposition, Lottery.com could not complete the Reply this Case by today's deadline.

3. Last week, the undersigned had to catch up on his Receivership and judgment enforcement duties, which involved substantial time outside the office, and follow up today working on additional Receiver's levies and delivery of a writ of execution accompanied by adequate research about the judgment debtor.

4. Additionally, Lottery.com has spent time working on its response to the Plaintiff's objections

[1] *Yes Period, LLC v. Lottery.com*, No. 23-cv-616-RP.

[2] *Id.* at (Dkt. 28).

[3] *Id.* at (Dkt. 29).

to Magistrate Judge Lane's Report and Recommendation in one of the other three cases on this Court's docket between Lottery.com and other plaintiffs represented by Plaintiff's counsel.[4] This Response is due on Thursday, September 19, 2024.

5. Had all these responses and replies not come due for Lottery.com around the same time, Lottery.com would not likely have to ask the Court to accommodate its counsel with a 4-day extension in this Case.

6. Therefore, Defendant Lottery.com, Inc. prays that the Court sign and cause to be entered an Order extending its time to Reply to the Response (Dkt. 41) until on or before September 20, 2024.

Local Court Rule CV-10(b) Required Information:

Signature: Andrew R. Korn
ANDREW R. KORN
State Bar card number: 11683150
Mailing address:
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, Texas 75219
E-mail address: akorn@receiverandrewkorn.com
Telephone number: (214) 521-0500
Attorney for Defendant Lottery.com, Inc.

CERTIFICATE OF CONFERENCE

I hereby certify that on the 16th day of September, 2024, I confirmed in writing with Eddie Hodges, Jr., one of Plaintiff's attorneys of record, that he is unopposed to Lottery.com receiving a four-day extension to file its Reply to (Dkt. 41).

Andrew R. Korn
ANDREW R. KORN

[4] *See Marsh v. Lottery.com, Inc.*, No. 23-cv-880-RP, at (Dkt. 48) & (Dkt. 50).

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eddie Hodges, Jr.
Kennard Law PC
5120 Woodway Dr., Suite 10010
Houston Texas 77056
Email: eddie.hodges@kennardlaw.com
ATTORNEY FOR PLAINTIFF

Andrew R. Korn

ANDREW R. KORN