**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **RYAN PETERSON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **1:23-CV-646-RP** |
| | § | |
| **LOTTERY.COM, INC.,** | § | |
| **Defendant.** | § | |

## Order Granting 4-Day Extension for Reply

The Court considered *Defendant Lottery.com, Inc.'s Unopposed Motion for 4-Day Extension to File Reply* (Dkt. 42) (the "Motion") and finding good cause, grants the Motion. Accordingly, the Motion is deemed timely filed. Lottery.com's Reply to *Plaintiff's Response in Opposition to Defendant's Rule 12(B)(6) Motion to Dismiss* (Dkt. 41) is due on or before September 20, 2024.

**SO ORDERED.**

**SIGNED** on September________, 2024.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE