IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC. *d/b/a* Sports.com, Inc. *d/b/a* AutoLotto.com, Inc., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

**IT IS ORDERED** that the magistrate judge assignment for this case is changed from United States Magistrate Judge Dustin Howell to United States Magistrate Judge Mark Lane.

**IT IS FURTHER ORDERED** that Defendant's pending motion to dismiss, (Dkt. 39), is **REFERRED** to United States Magistrate Judge Mark Lane for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**SIGNED** on October 18, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE