IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC. *d/b/a* Sports.com, Inc. *d/b/a* AutoLotto.com, Inc., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant's Motion to Dismiss for Failure to State a Claim, (Dkt. 39). (R. & R., Dkt. 47). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 48).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 47), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim, (Dkt. 39), is **GRANTED**. Plaintiffs' Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Court will enter final judgment by a separate order.

**SIGNED** on March 27, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE