IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC. *d/b/a* Sports.com, Inc. *d/b/a* AutoLotto.com, Inc., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On this date, the Court issued an order adopting United States Magistrate Judge Mark Lane's report and recommendation concerning Defendant's Motion to Dismiss for Failure to State a Claim, (Dkt. 39). (R. & R., Dkt. 47). The Court granted Defendant's Motion to Dismiss and dismissed Plaintiff's claims with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 27, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE