**Exhibit 1**

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:23-cv-00646-RP

Peterson v. Lottery.com
Assigned to: Judge Robert Pitman
Case in other court: USCA 5th, 25-50261
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 06/07/2023
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Ryan Peterson** represented by

**Eddie Robert Hodges , Jr**
Kennard Law, P.C.
5120 Woodway Dr. Ste. 10010
Houston, TX 77056
713-742-0900
Email: eddie.hodges@kennardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alfonso Kennard , Jr.**
Kennard Law PC
5120 Woodway Dr. Suite 10010
Houston, TX 77056
(713) 742-0900
Fax: (713) 742-0951
Email: Filings@kennardlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lottery.Com, Inc.**
*doing business as*
Sports.com, Inc.
*doing business as*
AutoLotto, Inc.

represented by

**Andrew Ross Korn**
Andrew R. Korn, PLLC
4221 Avondale Avenue
Dallas, TX 75219
(214) 521-6417
Email: akorn@receiverandrewkorn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2023 | 1 | COMPLAINT ( Filing fee $ 402 receipt number ATXWDC-17533207), filed by Ryan Peterson. (Attachments: # 1 Civil Cover Sheet)(Kennard, Alfonso) (Entered: 06/08/2023) |
| 06/08/2023 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Ryan Peterson. (Kennard, Alfonso) (Entered: 06/08/2023) |
| 06/08/2023 | | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (pg) (Entered: 06/09/2023) |

| | | |
|---|---|---|
| 06/08/2023 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Howell (pg) (Entered: 06/09/2023) |
| 06/09/2023 | 3 | Summons Issued as to Lottery.com d/b/a Sports.com d/b/a AutoLotto, Inc. (pg) (Entered: 06/09/2023) |
| 06/09/2023 | 4 | Pro Hac Vice Letter to Eddie Hodges, Jr. as to Ryan Peterson. (pg) (Entered: 06/09/2023) |
| 07/11/2023 | 5 | MOTION to Appear Pro Hac Vice by Alfonso Kennard, Jr *for Attorney Eddie Hodges Jr.* ( Filing fee $ 100 receipt number ATXWDC-17644105) by on behalf of Ryan Peterson. (Kennard, Alfonso) (Entered: 07/11/2023) |
| 07/11/2023 | 6 | Acknowledgment of Service returned by Ryan Peterson. Lottery.com, Inc. served on 6/26/2023, answer due 7/26/2023. (Kennard, Alfonso) (Entered: 07/11/2023) |
| 07/13/2023 | 7 | ORDER GRANTING 5 Motion to Appear Pro Hac Vice as to Eddie Hodges Jr.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Robert Pitman. (dm) (Entered: 07/13/2023) |
| 08/14/2023 | 8 | ORDER, Plaintiff shall file an executed certificate of service or waiver of service on or before September 14, 2023. Signed by Judge Robert Pitman. (dm) (Entered: 08/14/2023) |
| 08/30/2023 | 9 | WAIVER OF SERVICE Returned Executed by Ryan Peterson as to All Defendants. (Kennard, Alfonso) (Entered: 08/30/2023) |
| 09/08/2023 | 10 | MOTION for Clerk's Entry of Default against Defendant (LOTTERY.COM, INC. d/b//a SPORTS.COM, INC. d/b/a AUTOLOTTO, INC) by Ryan Peterson. (Attachments: # 1 Proposed Order Proposed Order Motion Entry of Default)(Kennard, Alfonso) (Entered: 09/08/2023) |
| 09/11/2023 | 11 | *VACATED PER ORDER #36. Clerk's ENTRY OF DEFAULT as to Lottery.com, Inc. (dm) Modified on 6/24/2024 (dm). (Entered: 09/11/2023) |
| 12/12/2023 | 12 | IT IS ORDERED that Plaintiff move for default judgment against Defendanton or before January 5, 2024. Signed by Judge Robert Pitman. (dm) (Entered: 12/12/2023) |
| 12/21/2023 | 13 | NOTICE of Attorney Appearance by Andrew Ross Korn on behalf of Lottery.com, Inc.. Attorney Andrew Ross Korn added to party Lottery.com, Inc.(pty:dft) (Korn, Andrew) (Entered: 12/21/2023) |
| 12/21/2023 | | DEMAND for Trial by Jury by Lottery.com, Inc. embedded within Notice of Appearance (Dkt. 13) (jv2) (Entered: 12/27/2023) |
| 01/04/2024 | 16 | AMENDED COMPLAINT against All Defendants amending 1 Complaint., filed by Ryan Peterson. (Kennard, Alfonso) (Entered: 01/04/2024) |
| 02/05/2024 | 17 | MOTION to Set Aside 11 Clerk's Entry of Default by Lottery.com, Inc.. (Attachments: # 1 Exhibit Exhibit 1 (Ali Decl.), # 2 Exhibit Exhibit 2 (United Airlines Case), # 3 Exhibit Exhibit 3 (Uptime Case), # 4 Exhibit Exhibit 4 (TX Suspension), # 5 Exhibit Exhibit 5 (Minn Suspension), # 6 Exhibit Exhibit 6 (UT Medical Case), # 7 Exhibit Exhibit 7 (M.D. Anderson Case), # 8 Exhibit Exhibit 8 (AT&T Case), # 9 Exhibit Exhibit 9 (Document Group Case), # 10 Exhibit Exhibit 10 (Taylor Case), # 11 Exhibit Exhibit 11 (Lamar Case), # 12 Exhibit Exhibit 12 (3rd COA), # 13 Exhibit Exhibit 13 (Kennard DPS Criminal History), # 14 Exhibit Exhibit 14 (Hodges E-mail), # 15 Exhibit Exhibit 15 (Kennard E-mail), # 16 Exhibit Exhibit 16 (Hodges E-mail), # 17 Exhibit Exhibit 17 (Copy of unpublished Opinion), # 18 Exhibit Exhibit 18 (Public Information about Plaintiff's work), # 19 Proposed Order Proposed Order Granting Motion to Set Aside Entry of Default)(Korn, Andrew) (Entered: 02/05/2024) |
| 02/05/2024 | 18 | *WITHDRAWN PER ORDER #36. Amended MOTION to Set Aside *Entry of Default* by Lottery.com, Inc.. (Attachments: # 1 Exhibit 1 (Ali Decl.), # 2 Exhibit 2 (United Airlines Case), # 3 Exhibit 3 (Uptime Case), # 4 Exhibit 4 (TX Suspension), # 5 Exhibit 5 (Minn Suspension), # 6 Exhibit 6 (UT Medical Case), # 7 Exhibit 7 (M.D. Anderson Case), # 8 Exhibit 8 (AT&T Case), # 9 Exhibit 9 (Document Group Case), # 10 Exhibit 10 (Taylor Case), # 11 Exhibit 11 (Lamar Case), # 12 Exhibit 12 |

| | | |
|---|---|---|
| | | (3rd COA), # 13 Exhibit 13 (Kennard DPS Criminal History), # 14 Exhibit 14 (E-mail from Hodges), # 15 Exhibit 15 (E-mail from Kennard), # 16 Exhibit 16 (E-mail from Hodges), # 17 Exhibit 17 (Copy of unpublished Opinion), # 18 Exhibit 18 (Public Information about Plaintiff's work), # 19 Proposed Order Granting Motion to Set Aside Entry of Default)(Korn, Andrew) Modified on 6/24/2024 (dm). (Entered: 02/05/2024) |
| 02/05/2024 | 19 | *WITHDRAWN PER ORDER #36. MOTION to Strike 11 Clerk's Entry of Default by Lottery.com, Inc.. (Attachments: # 1 1 (E-mail Chain), # 2 2 (E-mail), # 3 3 (E-mail Chain), # 4 4 (Example of Unauthorized Appearance by Eddie Hodges), # 5 5 (Example of Unauthorized Appearance by Eddie Hodges), # 6 6 (Example of Unauthorized Appearance by Eddie Hodges), # 7 Proposed Order Granting Motion to Strike Entry of Default)(Korn, Andrew) Modified on 6/24/2024 (dm). (Entered: 02/05/2024) |
| 02/06/2024 | | Text Order MOOTING 17 Motion to Set Aside 11 Clerk's Entry of Default entered by Judge Robert Pitman. In light of the amended motion to set aside default, (Dkt. 18), this motion is moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tclc) (Entered: 02/06/2024) |
| 02/07/2024 | 20 | Response in Opposition to Motion, filed by Ryan Peterson, re 18 Amended MOTION to Set Aside *Entry of Default* filed by Defendant Lottery.com, Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order Denying Motion to Set Aside Entry of Default)(Kennard, Alfonso) (Entered: 02/07/2024) |
| 02/07/2024 | 21 | *WITHDRAWN PER ORDER #36. Opposed MOTION for Sanctions *under Rule 11*, Opposed MOTION for Order to Show Cause by Ryan Peterson. (Attachments: # 1 Exhibit A, # 2 Proposed Order Granting Motion)(Kennard, Alfonso) Modified on 6/24/2024 (dm). (Entered: 02/07/2024) |
| 02/07/2024 | 22 | *WITHDRAWN PER ORDER #36. MOTION to Strike 18 Amended MOTION to Set Aside *Entry of Default* by Ryan Peterson. (Attachments: # 1 Proposed Order Granting Motion)(Kennard, Alfonso) Modified on 6/24/2024 (dm). (Entered: 02/07/2024) |
| 02/14/2024 | 23 | REPLY to Response to Motion, filed by Lottery.com, Inc., re 18 Amended MOTION to Set Aside *Entry of Default* filed by Defendant Lottery.com, Inc. (Attachments: # 1 Exhibit, # 2 Exhibit)(Korn, Andrew) (Entered: 02/14/2024) |
| 02/16/2024 | 24 | RESPONSE to Motion, filed by Ryan Peterson, re 19 MOTION to Strike 11 Clerk's Entry of Default filed by Defendant Lottery.com, Inc. (Attachments: # 1 Proposed Order)(Kennard, Alfonso) (Entered: 02/16/2024) |
| 02/16/2024 | 25 | REPLY to Response to Motion, filed by Lottery.com, Inc., re 19 MOTION to Strike 11 Clerk's Entry of Default filed by Defendant Lottery.com, Inc. (Attachments: # 1 Exhibit)(Korn, Andrew) (Entered: 02/16/2024) |
| 02/21/2024 | 26 | Response in Opposition to Motion, filed by Lottery.com, Inc., re 21 Opposed MOTION for Sanctions *under Rule 11*Opposed MOTION for Order to Show Cause filed by Plaintiff Ryan Peterson (Attachments: # 1 Proposed Order Denying Plaintiff's Motion for Sanctions)(Korn, Andrew) (Entered: 02/21/2024) |
| 02/21/2024 | 27 | Response in Opposition to Motion, filed by Lottery.com, Inc., re 22 MOTION to Strike 18 Amended MOTION to Set Aside *Entry of Default* filed by Plaintiff Ryan Peterson (Attachments: # 1 Proposed Order Denying Plaintiff's Motion to Strike)(Korn, Andrew) (Entered: 02/21/2024) |
| 02/23/2024 | 28 | REPLY to Response to Motion, filed by Ryan Peterson, re 21 Opposed MOTION for Sanctions *under Rule 11*Opposed MOTION for Order to Show Cause filed by Plaintiff Ryan Peterson (Attachments: # 1 Exhibit Deutsch v. Henry - 1:15-cv-00490-LY, # 2 Proposed Order Granting Motion)(Kennard, Alfonso) (Entered: 02/23/2024) |
| 05/30/2024 | 31 | ORDER SETTING HEARING ON PENDING MOTIONS for 6/13/2024 at 9:00 AM - 11:00 AM before Judge Robert Pitman. Signed by Judge Robert Pitman. (cc3) (Entered: 05/30/2024) |
| 06/11/2024 | 32 | ORDER RESETTING HEARING ON PENDING MOTIONS ( Motion Hearing reset for 6/26/2024 at 1:30 PM before Judge Robert Pitman,). Signed by Judge Robert Pitman. (dm) (Entered: 06/11/2024) |

| | | |
|---|---|---|
| 06/14/2024 | 33 | AMENDED ORDER RESETTING HEARING ON PENDING MOTIONS ( Motion Hearing reset for 6/26/2024 at 1:30 PM before Judge Robert Pitman,). Signed by Judge Robert Pitman. (dm) (Entered: 06/14/2024) |
| 06/18/2024 | 34 | STIPULATION *(regarding all pending motions)* by Lottery.com, Inc.. (Attachments: # 1 Proposed Order)(Korn, Andrew) (Entered: 06/18/2024) |
| 06/24/2024 | 35 | ORDER Cancelling Hearing on Pending Motions. Signed by Judge Robert Pitman. (dm) (Entered: 06/24/2024) |
| 06/24/2024 | 36 | ORDER ON STIPULATION. Signed by Judge Robert Pitman. (dm) (Entered: 06/24/2024) |
| 08/01/2024 | 37 | Unopposed MOTION for Leave to File Second Amended Complaint by Ryan Peterson. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order Granting Motion for Leave)(Kennard, Alfonso) (Entered: 08/01/2024) |
| 08/03/2024 | | Text Order GRANTING 37 Motion for Leave to File entered by Judge Robert Pitman. IT IS ORDERED that the Clerk of the Court shall file Plaintiff's second amended complaint, (Dkt. 37-1) (This is a text-only entry generated by the court. There is no document associated with this entry.) (tclc) (Entered: 08/03/2024) |
| 08/03/2024 | 38 | SECOND AMENDED COMPLAINT against Lottery.Com, Inc. amending 16 Amended Complaint, filed by Ryan Peterson.(pg) (Entered: 08/06/2024) |
| 08/24/2024 | 39 | Motion to Dismiss for Failure to State a Claim by Lottery.Com, Inc.. (Attachments: # 1 Proposed Order)(Korn, Andrew) (Entered: 08/24/2024) |
| 09/06/2024 | 40 | Unopposed MOTION for Leave to Exceed Page Limitation *by five (5) pages* by Ryan Peterson. (Attachments: # 1 Proposed Order Granting Motion to File Excess Pages, # 2 Exhibit A - Response to Motion to Dismiss, # 3 Exhibit A1 - [Ex. A Response to Motion to Dismiss])(Kennard, Alfonso) (Entered: 09/06/2024) |
| 09/09/2024 | | Text Order GRANTING 40 Motion for Leave to File Excess Pages entered by Judge Robert Pitman. IT IS ORDERED that the Clerk of the Court shall file Plaintiff's response to Defendant's motion to dismiss, (Dkt. 40-2), and accompanying exhibit, (Dkt. 40-3). IT IS FURTHER ORDERED that Defendant may file a reply, if any, that does not exceed 15 pages, exclusive of signature blocks and a certificate of service. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tclc) (Entered: 09/09/2024) |
| 09/09/2024 | 41 | Response in Opposition to Motion, filed by Ryan Peterson, re 39 Motion to Dismiss for Failure to State a Claim filed by Defendant Lottery.Com, Inc. (dm) (Entered: 09/09/2024) |
| 09/16/2024 | 42 | Unopposed MOTION for Extension of Time to File Response/Reply as to 41 Response in Opposition to Motion *to Dismiss* by Lottery.Com, Inc.. (Attachments: # 1 Proposed Order)(Korn, Andrew) (Entered: 09/16/2024) |
| 09/17/2024 | | Text Order GRANTING 42 Motion for Extension of Time to File Reply entered by Judge Robert Pitman. IT IS ORDERED that Defendant shall file its reply, if any, in support of its motion to dismiss on or before September 20, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (tclc) (Entered: 09/17/2024) |
| 09/20/2024 | 43 | REPLY to Response to Motion, filed by Lottery.Com, Inc., re 39 Motion to Dismiss for Failure to State a Claim filed by Defendant Lottery.Com, Inc. (Korn, Andrew) (Entered: 09/20/2024) |
| 10/18/2024 | 44 | ORDER REFERRING MOTION: 39 Motion to Dismiss for Failure to State a Claim filed by Lottery.Com, Inc.. Signed by Judge Robert Pitman.. Referral Magistrate Judge: Mark Lane. (cnr) (Entered: 10/18/2024) |
| 10/18/2024 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (cnr) (Entered: 10/21/2024) |

| | | |
|---|---|---|
| 10/25/2024 | 45 | Order for Scheduling Recommendations/Proposed Scheduling Order. Scheduling recommendations/ proposed scheduling order due to the Court within sixty (60) days after the appearance of any defendant. Scheduling Recommendations/Proposed Scheduling Order due by 11/8/2024. Signed by Judge Mark Lane. (cnr) (Entered: 10/25/2024) |
| 11/05/2024 | 46 | Proposed Scheduling Order *Agreed by Both Parties* by Ryan Peterson. (Kennard, Alfonso) (Entered: 11/05/2024) |
| 01/23/2025 | 47 | REPORT AND RECOMMENDATIONS re 39 Motion to Dismiss for Failure to State a Claim filed by Lottery.Com, Inc.. Signed by Judge Mark Lane. (dm) (Entered: 01/24/2025) |
| 01/24/2025 | 48 | OBJECTION to 47 Report and Recommendations by Ryan Peterson.. (Attachments: # 1 Proposed Order Rejecting R&R)(Kennard, Alfonso) (Entered: 01/24/2025) |
| 03/27/2025 | 49 | ORDER GRANTING 39 Motion to Dismiss for Failure to State a Claim. Signed by Judge Robert Pitman. (dm) (Entered: 03/27/2025) |
| 03/27/2025 | 50 | FINAL JUDGMENT. Signed by Judge Robert Pitman. (dm) (Entered: 03/27/2025) |
| 03/27/2025 | 51 | Appeal of Final Judgment 49 , 50 by Ryan Peterson. No filing fee submitted (Kennard, Alfonso) (Entered: 03/27/2025) |
| 03/27/2025 | | NOTICE OF APPEAL following 51 Notice of Appeal (E-Filed) by Ryan Peterson. No Filing Fee Submitted. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (dm) (Entered: 03/28/2025) |
| 04/29/2025 | 52 | TRANSCRIPT REQUEST by Ryan Peterson for dates of Unecessary. Proceedings Transcribed: N/A. Court Reporter: N/A.. (Kennard, Alfonso) (Entered: 04/29/2025) |
| 05/15/2025 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit re Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dm) (Entered: 05/15/2025) |
| 11/26/2025 | 53 | Certified copy of USCA JUDGMENT/MANDATE Remanding 51 Notice of Appeal (E-Filed) filed by Ryan Peterson.(dm) (Entered: 12/03/2025) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/31/2026 18:30:23 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00646-RP |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |