Exhibit 2

STATE BAR of TEXAS



## EDDIE ROBERT HODGES JR.

**Eligible to Practice in Texas**

### OFFICE OF THE ATTORNEY GENERAL - TEXAS

***Bar Card Number:*** 24116523
***TX License Date:*** 10/25/2019

***Primary Practice Location:*** Houston , Texas

808 Travis St, Ste 1520
Houston, TX 77002

### CONTACT INFORMATION

**Tel: --**

---

***Practice Areas:*** Alternative Dispute Resolution, Business, Consumer, Health Care, Labor-Employment, Workers' Compensation, Mediation, Civil Rights, Contracts

---

***Statutory Profile Last Certified On:*** 06/20/2025

### PRACTICE INFORMATION

***Firm:*** Office of the Attorney General - Texas

***Firm Size:*** Over 200

***Occupation:*** Government Lawyer

***Practice Areas: Alternative Dispute Resolution, Business, Consumer, Health Care, Labor-Employment, Workers' Compensation, Mediation, Civil Rights, Contracts***

***Services Provided:***
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Not Specified

***Fee Options Provided:***
None Reported By Attorney

***Please note:*** *Not all payment options are available for*

### COURTS OF ADMITTANCE

***Federal:***
Fifth Circuit Court of Appeals
Texas Western District Court
Texas Southern District Court

***Other Courts:***
Louisiana - 5th Circuit Court of Appeals Federal - Appeals Court

***Other States Licensed:***
None Reported By Attorney

***Please note:*** *This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.*

*all cases, and any payment arrangement must be agreed*
*responsible for payment arrangements between an attorn*

***Foreign Language Assistance:***

Spanish

## LAW SCHOOL

| ***School***<br>***Degree earned*** | |
|---|---|
| Thurgood Marshall School of Law | |
| ***Graduation Date*** | 05/2019 |

## PUBLIC DISCIPLINARY HISTORY

### State Bar of Texas

No Public Disciplinary History

### Other States

None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.