Exhibit 3

STATE BAR *of* TEXAS



## MR. ALFONSO 'FONZ' KENNARD JR.

**Not Eligible to Practice in Texas (click for detail)**

### KENNARD LAW P.C.

***Bar Card Number:*** 24036888
***TX License Date:*** 11/06/2002

***Primary Practice Location:*** Houston , Texas

5120 Woodway Dr Ste 10010
Houston, TX 77056-1725

### CONTACT INFORMATION

**Tel: 713-742-0900**

---

***Practice Areas:*** Labor-Employment, Litigation: Commercial

---

***Statutory Profile Last Certified On:*** 02/04/2021

### PRACTICE INFORMATION

***Firm:*** Kennard Law P.C.

***Firm Size:*** 11 to 24

***Occupation:*** Private Law Practice

***Practice Areas: Labor-Employment, Litigation: Commercial***

***Services Provided:***
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Yes

***Fee Options Provided:***
None Reported By Attorney

***Please note:*** *Not all payment options are available for all cases, and any payment arrangement must be agreed upon by the attorney and his/her client. The State Bar of Texas is not responsible for payment arrangements between an attorney and his/her client.*

***Foreign Language Assistance:***
Spanish

### COURTS OF ADMITTANCE

***Federal:***
Texas Southern District/Bankruptcy Court
Texas Western District Court

***Other Courts:***
None Reported By Attorney

***Other States Licensed:***
None Reported By Attorney

***Please note:*** *This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.*

## LAW SCHOOL

| ***School*** <br> ***Degree earned*** |
|---|
| University of Notre Dame <br> ***Graduation Date*** 05/1999 |
| St. Mary's University <br> Doctor of Jurisprudence/Juris Doctor (J.D.) <br> ***Graduation Date*** 05/2002 |

## PUBLIC DISCIPLINARY HISTORY

### State Bar of Texas

| ***Sanction*** | ***Entry date*** |
|---|---|
| Resignation in lieu of discipline <br> *(Start-End)* <br> ***Sanction*** <br> *(Start-End)* <br> ***Sanction*** | 09/19/25 |
| Public Reprimand <br> *(Start-End)* <br> ***Sanction*** <br> *(Start-End)* <br> ***Sanction*** | 09/08/25 |
| Fully Probated Suspension <br> *(Start-End)* <br> ***Sanction*** <br> *(Start-End)* <br> ***Sanction*** 12/05/24 - 12/04/25 | 12/14/24 |
| Active Suspension <br> *(Start-End)* <br> ***Sanction*** 12/30/22 - 01/16/23 <br> *(Start-End)* <br> ***Sanction*** | 05/05/22 |

### Other States

None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the

attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.