**Robert Stubblefield <rob.stubblefield@lottery.com>**

## Dismissal of Legal Matters

1 message

**Ryan Peterson** <rpeterson@serenitysoft.com> Thu, Jan 29, 2026 at 11:29 AM
To: Robert Stubblefield <rob.stubblefield@lottery.com>, Greg Potts <greg@lottery.com>

Rob & Greg,

I am writing you to inform you that I want to dismiss my claims against the company.

I have written my lawyer Alfonso Kennard and received no reply and learned that they are out of business now and apparently no longer practicing.

I am withdrawing claims against the company and which for the actions to dismissed from the courts.

Please let me know if this is enough to help alleviate this matter.

Best Regards,

Ryan J. Peterson