**Exhibit 5**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-50261 Peterson v. Lottery.com
USDC No. 1:23-CV-646

The court has taken the following action in this case: The motion of Eddie Robert Hodges, II to withdraw as counsel has been GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Eddie Robert Hodges II
Mr. Alfonso Kennard Jr.
Mr. Andrew R. Korn