IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | 1:23-CV-646-RP |
| LOTTERY.COM, INC.,<br>Defendant. | §<br>§<br>§ | |

**ORDER SETTING STATUS CONFERENCE[1] BY PHONE**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on **______________________[date] at _________[time]**. The parties are directed to use the below dial-in information.

**Please call in 5 minutes prior to start of hearing.**
1. Toll free number: (888) 557-8511
2. Access code: 9460389

The purpose of this telephone conference is to discuss: 1) the Court's preferred method for presentation of a joint request to dismiss this Case without prejudice; and 2) any other matter that may aid the efficient administration or termination of this Case.

The Court may call multiple cases during the same telephonic conference. To facilitate those settings, the use of speaker phones is prohibited during the telephonic appearance. Additionally, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call their case before they speak.

If there are questions regarding the telephonic appearance, the parties should contact Samantha Landeros, Courtroom Deputy, at samantha_landeros@txwd.uscourts.gov.

IT IS SO ORDERED this ______ **day of _________, 2026.**

______________________________
MARK LANE
UNITED STATES MAGISTRATE JUDGE

[1] United States District Judge Robert Pitman referred this matter to the undersigned for status conference pursuant to Rule 1(j)(1)-(2) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Standing Order dated January 19, 2024.