UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ryan Peterson | § | |
| | § | |
| vs. | § | NO: AU:23-CV-00646-RP |
| | § | |
| Lottery.com, Inc. | § | |

**ORDER RESETTING**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on February 17, 2026 at 03:00 PM (Time change only). The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number: 1-855-244-8681
2. Meeting number: 2317 325 7654

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case before they speak.

**SIGNED** on 9th day of February, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE