IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN PETERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-646-RP |
| | § | |
| LOTTERY.COM, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 17, 2026, the Court held a telephonic status conference at which Plaintiff Ryan Peterson ("Plaintiff") and Defendant Lottery.Com, Inc. ("Lottery.com") appeared.[1] During this status conference, Plaintiff, proceeding *pro se*, orally confirmed that he wishes to dismiss all claims pending in this case without prejudice. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Lottery.com has not served an answer or motion for summary judgment.[2] Plaintiff's oral notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), as revised (May 15, 2015).

---

[1] The Court scheduled this status conference after Lottery.com informed the Court that Plaintiff, whose lawyers were no longer representing him despite their failure to formally withdraw from the case, told Lottery.com that he wished to dismiss all pending claims in this case. (Order, Dkt. 55). The Court explained to Plaintiff at the status conference the consequences of such a dismissal and stated that it would give him the opportunity to find new counsel should he wish to do so. In response, Plaintiff reiterated his intent to dismiss all pending claims in this case.

[2] Counsel for Lottery.com orally confirmed that it is unopposed to Plaintiff voluntarily dismissing this case, though its non-opposition is not necessary for a voluntarily dismissal under Rule 41(a)(1)(A)(i).

1

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 17, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE